# EXHIBIT E

| | |
|---|---|
| **From:** | Eric Frische |
| **Sent:** | Tuesday, February 19, 2008 1:33 PM |
| **To:** | ▓▓▓▓▓▓@google.com |
| **Cc:** | Jerry Knoblach; Jim Wiesenberg |
| **Subject:** | Space Data / Google confidentiality agreement |

Hello Mike,

We enjoyed your visit to Space Data! During your visit on Friday afternoon we disclosed several ideas and information that should be considered Confidential Information under paragraph 3 of our Mutual Confidentiality and Nondisclosure Agreement dated Dec 4, 2007. We would like to designate that the following should be considered Confidential Information:

1) ███████████████████████████████████████████
2) ███████████████████████████
3) ███████████████████████████████████████████
4) ███████████████████████████████████████████
5) ███████████████████████████
6) ███████████████████████████
7) ███████████████████████████
8) ███████████████████████████
9) ███████████████████
10) ███████████████████████████
11) ███████████████████████████
12) ███████████████████
13) ███████████████████████████████████████████
14) ███████████████████████████
15) ███████████████████████████████████████████
16) ███████████████████████████████████████████

Thanks Mike. It seems that we discussed quite a bit of information with you as to our technologies and plans for the future and we would like to keep them confidential. If you have any questions, please feel free to call me at any time.

Thank you,

Eric Frische
CTO
Space Data Corp.
460 S Benson Lane, Suite 12
Chandler, AZ 85224

 direct
█████████ fax
█████████ mobile