AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| SPACE DATA CORPORATION | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 3:16-CV-03260-EDL |
| X, ALPHABET INC., and GOOGLE INC., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  X (previously Google X), 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351

ALPHABET INC., 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351

GOOGLE INC., 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  KIRKE M. HASSON (CA State Bar No. 061446)
COLIN T. KEMP (CA State Bar No. 215408)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200          (See Attachment A" for list of Attorneys for Plaintiff)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   06/28/2016

*CLERK OF COURT*

*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-03260-EDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

# "Attachment A"

*Space Data Corporation v. X, Alphabet Inc., and Google Inc.*
*Attorneys for Plaintiff Space Data Corporation*

PILLSBURY WINTHROP SHAW PITTMAN LLP
HEMANT KEETO SABHARWAL (*pro hac vice* admission being sought)
1200 Seventeenth Street NW
Washington, DC 20036-3006
Telephone: +1 (202) 663-8000
Facsimile: +1 (202) 663-8007
E-mail: keeto.sabharwal@pillsburylaw.com

KIRKE M. HASSON (CA State Bar No. 061446)
COLIN T. KEMP (CA State Bar No. 215408)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: +1 (415) 983-1000
Facsimile: +1 (415) 983-1200
E-mail: kirke.hasson@pillsburylaw.com
E-mail: colin.kemp@pillsburylaw.com

DAVID N. PATARIU (CA State Bar No. 270708)
401 Congress Avenue, Suite 1700
Austin, TX  78701-3797
Telephone: +1 (512) 580-9600
Facsimile: +1 (512) 270-7812
E-mail: david.patariu@pillsburylaw.com