KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
MATTHEW WERDEGAR - # 200470
mwerdegar@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
MATTHIAS A. KAMBER - # 232147
mkamber@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
LEAH PRANSKY - # 302246
lpransky@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
X, ALPHABET INC., and GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>X, ALPHABET INC., and GOOGLE INC.,<br><br>           Defendants. | Case No. 3:16-cv-03260-EDL<br><br>**NOTICE OF APPEARANCE OF ROBERT A. VAN NEST ON BEHALF OF DEFENDANTS X, ALPHABET INC., AND GOOGLE INC.**<br><br>Judge:    Hon. Elizabeth D. Laporte<br><br>Date Filed: June 13, 2016<br><br>Trial Date: None Set |

NOTICE OF APPEARANCE OF ROBERT A. VAN NEST ON BEHALF OF DEFENDANTS X, ALPHABET INC., AND GOOGLE INC.
Case No. 3:16-cv-03260-EDL

1077188.01

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert A. Van Nest of the law firm of Keker & Van Nest LLP hereby makes a general appearance as counsel of record on behalf of Defendants X, Alphabet Inc., and Google Inc.  Mr. Van Nest is a member of the State Bar of California. Counsel consents to electronic service of all papers in this action.  Counsel can be contacted at the following address and telephone number.

> Robert A. Van Nest
> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone:   415 391 5400
> Facsimile:    415 397 7188
> rvannest@kvn.com

Dated:  July 21, 2016                                           KEKER & VAN NEST LLP

                                                      By:   /s/ *Robert A. Van Nest*
                                                            ROBERT A. VAN NEST

                                                            Attorneys for Defendants
                                                            X, ALPHABET INC., and GOOGLE INC.

1

NOTICE OF APPEARANCE OF ROBERT A. VAN NEST ON BEHALF OF DEFENDANTS X, ALPHABET INC., AND GOOGLE INC.
Case No. 3:16-cv-03260-EDL

1077188.01