KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
MATTHEW WERDEGAR - # 200470
mwerdegar@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
MATTHIAS A. KAMBER - # 232147
mkamber@kvn.com
THOMAS E. GORMAN - # 279409
tgorman@kvn.com
LEAH PRANSKY - # 302246
lpransky@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
X, ALPHABET INC., and GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>X, ALPHABET INC., and GOOGLE INC.,<br><br>Defendants. | Case No. 3:16-cv-03260-EDL<br><br>**NOTICE OF APPEARANCE OF MATTHEW WERDEGAR ON BEHALF OF DEFENDANTS X, ALPHABET INC., AND GOOGLE INC.**<br><br>Judge: Hon. Elizabeth D. Laporte<br><br>Date Filed: June 13, 2016<br><br>Trial Date: None Set |

NOTICE OF APPEARANCE OF MATTHEW WERDEGAR ON BEHALF OF DEFENDANTS X, ALPHABET INC., AND GOOGLE INC.
Case No. 3:16-cv-03260-EDL

1077191.01

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Matthew Werdegar of the law firm of Keker & Van Nest |
| 3 | LLP hereby makes a general appearance as counsel of record on behalf of Defendants X, |
| 4 | Alphabet Inc., and Google Inc.  Mr. Werdegar is a member of the State Bar of California. |
| 5 | Counsel consents to electronic service of all papers in this action.  Counsel can be contacted at the |
| 6 | following address and telephone number. |

> Matthew Werdegar
> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone:    415 391 5400
> Facsimile:    415 397 7188
> mwerdegar@kvn.com

Dated:  July 21, 2016                                         KEKER & VAN NEST LLP

                                                By:    /s/ *Matthew Werdegar*
                                                       MATTHEW WERDEGAR

                                                Attorneys for Defendants
                                                X, ALPHABET INC., and GOOGLE INC.

---

1

NOTICE OF APPEARANCE OF MATTHEW WERDEGAR ON BEHALF OF DEFENDANTS X,
ALPHABET INC., AND GOOGLE INC.
Case No. 3:16-cv-03260-EDL

1077191.01