SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
LYNDSEY C. HEATON (CA Bar No. 262883)
lheaton@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
SPACE DATA CORPORATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>X, ALPHABET INC., and GOOGLE INC.,<br><br>Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**SPACE DATA CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Beth Labson Freeman<br>Trial Date: June 3, 2019<br>Courtroom: 3, Fifth Floor |

PLEASE TAKE NOTICE that Plaintiff Space Data Corporation hereby substitutes Hosie Rice LLP as its attorneys of record in this action in place of Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth Street NW Washington, DC 20036, telephone number (202) 663-8000; facsimile number (202) 663-8007 and Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111, telephone number (415) 983-1000; facsimile number (415) 983-1200.

All pleadings, orders, and notices should henceforth be served upon Spencer Hosie, Diane S. Rice, Lyndsey C. Heaton, and Darrell R. Atkinson at Hosie Rice LLP, Transamerica Pyramid, 34th Floor, 600 Montgomery Street, San Francisco, CA 94111, telephone number (415) 247-6000, facsimile number (415) 247-6001.

Dated: March 7, 2017

HOSIE RICE LLP

By: _____
SPENCER HOSIE
Attorneys for Plaintiff Space Data Corporation

I consent to the above substitution of counsel.

Dated: March 7, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____
COLIN KEMP
Attorneys for Plaintiff Space Data Corporation

I consent to the above substitution of counsel.

Dated: March 7, 2017

By: _____
GERALD KNOBLACH
CEO, Space Data Corporation