| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@keker.com<br>MATTHEW M. WERDEGAR - # 200470<br>mwerdegar@keker.com<br>EUGENE M. PAIGE - # 202849<br>epaige@keker.com<br>MATTHIAS A. KAMBER - # 232147<br>mkamber@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>LEAH PRANSKY - # 302246<br>lpransky@keker.com<br>ANDREW S. BRUNS - # 315040<br>abruns@keker.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Defendants<br>ALPHABET INC. and GOOGLE INC. | SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>LYNDSEY C. HEATON (CA Bar No. 262883)<br>lheaton@hosielaw.com<br>DARRELL R. ATKINSON (CA Bar No. 280564)<br>datkinson@hosielaw.com<br>HOSIE RICE LLP<br>Transamerica Pyramid, 34th Floor<br>600 Montgomery Street<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>Attorneys for Plaintiff<br>SPACE DATA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC. and GOOGLE INC.,<br><br>    Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

STIPULATION AND [PROPOSED] ORDER TO REFLECT
NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC
Case No. 5:16-cv-03260-BLF

1198459.01

Pursuant to Civil Local Rule 7-12, Defendant Google Inc., now known as Google LLC, and Plaintiff Space Data Corporation (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of State on September 30, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

> SPACE DATA CORPORATION,
>
> Plaintiff,
>
> v.
>
> ALPHABET INC. and GOOGLE LLC,
>
> Defendants.

Dated: October 2, 2017                KEKER, VAN NEST & PETERS LLP

By:   /s/ *Matthias A. Kamber*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
MATTHEW WERDEGAR
EUGENE M. PAIGE
MATTHIAS A. KAMBER
THOMAS E. GORMAN
LEAH PRANSKY
ANDREW STEPHEN BRUNS

Attorneys for Defendants
ALPHABET INC. and GOOGLE INC.

Dated: October 2, 2017        HOSIE RICE LLP

By:   /s/ *Spencer Hosie*
SPENCER HOSIE
DIANE S. RICE
LYNDSEY C. HEATON
DARRELL R. ATKINSON

Attorneys for Plaintiffs
SPACE DATA CORPORATION

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 2, 2017        /s/ *Matthias A. Kamber*
Matthias A. Kamber

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

> SPACE DATA CORPORATION,
>
> Plaintiff,
>
> v.
>
> ALPHABET INC. and GOOGLE LLC,
>
> Defendants.

Date: October 3, 2017                              _____
                                                                      Honorable Beth Labson Freeman