KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
LYNDSEY C. HEATON (CA Bar No. 262883)
lheaton@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
SPACE DATA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC. and GOOGLE LLC,<br><br>Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFF SPACE DATA CORPORATION'S THIRD AMENDED COMPLAINT**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
PLAINTIFF SPACE DATA CORPORATION'S THIRD AMENDED COMPLAINT
Case No. 5:16-cv-03260-BLF

1214133

Pursuant to Civil Local Rule 6-2, Defendants Alphabet Inc. and Google LLC (collectively "Defendants" or "Google") and Plaintiff Space Data Corp. ("Plaintiff" or "Space Data") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on December 17, 2018, the Court denied Google's motion to dismiss Space Data's Third Amended Complaint (Dkt. No. 176);

WHEREAS, by operation of Federal Rule of Civil Procedure 12(a)(4)(A), Google's Answer to Space Data's Third Amended Complaint is due to be filed on January 2, 2018;

WHEREAS, the parties agree that Google may have an extension to January 19, 2018 to prepare and file its Answer;

WHEREAS, good cause exists for Google's extension due to the upcoming end-of-year holidays and the pre-scheduled holiday vacation plans of Google's counsel of record;

WHEREAS, the stipulated extension of time would not have any effect on any other date or deadline set by the Court or on the overall schedule for the case; and

WHEREAS, this Stipulation is accompanied by the attached Declaration of Matthew M. Werdegar in Support of the Stipulation and [Proposed] Order Extending Defendants' Time to Answer Plaintiff Space Data Corporation's Third Amended Complaint;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
PLAINTIFF SPACE DATA CORPORATION'S THIRD AMENDED COMPLAINT
Case No. 5:16-cv-03260-BLF

1214133

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, subject to the approval of the Court, that Google shall have until January 19, 2018 to Answer Space Data's Third Amended Complaint.

IT IS SO STIPULATED.

Dated: December 18, 2018                    KEKER, VAN NEST & PETERS LLP

                                    By:   */s/ Matthew M. Werdegar*
                                          ROBERT A. VAN NEST
                                          CHRISTA M. ANDERSON
                                          MATTHEW WERDEGAR
                                          EUGENE M. PAIGE
                                          MATTHIAS A. KAMBER
                                          THOMAS E. GORMAN
                                          LEAH PRANSKY
                                          ANDREW STEPHEN BRUNS

                                          Attorneys for Defendants
                                          ALPHABET INC. and GOOGLE LLC

Dated: December 18, 2018                    HOSIE RICE LLP

                                    By:   */s/ Lyndsey C. Heaton*
                                          SPENCER HOSIE
                                          DIANE S. RICE
                                          LYNDSEY C. HEATON
                                          DARRELL R. ATKINSON

                                          Attorneys for Plaintiffs
                                          SPACE DATA CORPORATION

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2018            By:   */s/ Matthew Werdegar*
                                          MATTHEW WERDEGAR

2
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
PLAINTIFF SPACE DATA CORPORATION'S THIRD AMENDED COMPLAINT
Case No. 5:16-cv-03260-BLF

1214133

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of December, 2017.

                                               _____
                                               HON. BETH LABSON FREEMAN
                                               UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
PLAINTIFF SPACE DATA CORPORATION'S THIRD AMENDED COMPLAINT
Case No. 5:16-cv-03260-BLF

1214133