KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
CHRISTA M. ANDERSON - #184325
canderson@keker.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
MATTHIAS A. KAMBER - #232147
mkamber@keker.com
THOMAS E. GORMAN - #279409
tgorman@keker.com
LEAH PRANSKY - #302246
lpransky@keker.com
ANDREW S. BRUNS - #315040
abruns@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC. and GOOGLE LLC,<br><br>Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**NOTICE OF APPEARANCE OF RYAN WONG AND SHAYNE HENRY**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ryan K. Wong and Shayne Henry of Keker, Van Nest & Peters LLP hereby appear as counsel for Defendants ALPHABET INC. and GOOGLE INC. They are admitted to practice in the State of California and before this Court. Their address, telephone, and facsimile numbers are as follows:

> KEKER, VAN NEST & PETERS LLP
> Ryan K. Wong, CA SBN #267189
> Shayne Henry, CA SBN #300188
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: rwong@keker.com
> shenry@keker.com

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: April 18, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Ryan K. Wong*
RYAN K. WONG

By: */s/ Shayne Henry*
SHAYNE HENRY

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC