United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORP., | |
| Plaintiff, | Case No. 16-cv-03260 BLF (NC) |
| v. | **ORDER RE: GOOGLE 30(B)(6) DEPOSITION** |
| GOOGLE LLC, and others, | Re: ECF 274 |
| Defendants. | |

Plaintiff seeks to compel Google to provide a witness better prepared to answer deposition questions about two specific Rule 30(b)(6) topics. Both topics involve a Wall Street Journal article about Space Data that was published on February 20, 2008. Google identified witness Michael Pearson to testify as its corporate representative on both topics.

I have considered plaintiff's criticisms of Pearson's preparation, and Google's response. ECF 274. I find that Pearson was more than adequately prepared for the deposition by his review of relevant fact witness depositions, his review of documents, and by his interview of Mr. Faber. ECF 274 at 5. Plaintiff's motion to compel is therefore DENIED.

**IT IS SO ORDERED.**

Dated: July 17, 2018

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-03260 BLF (NC)