| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | HOSIE RICE LLP |
| ROBERT A. VAN NEST - # 84065 | SPENCER HOSIE - # 101777 |
| rvannest@keker.com | shosie@hosielaw.com |
| CHRISTA M. ANDERSON - # 184325 | DIANE S. RICE - # 118303 |
| canderson@keker.com | drice@hosielaw.com |
| MATTHEW M. WERDEGAR - # 200470 | LYNDSEY C. HEATON - # 262883 |
| mwerdegar@keker.com | lheaton@hosielaw.com |
| EUGENE M. PAIGE - # 202849 | BRANDON C. MARTIN - # 269624 |
| epaige@keker.com | bmartin@hosielaw.com |
| MATTHIAS A. KAMBER - # 232147 | DARRELL R. ATKINSON - # 280564 |
| mkamber@keker.com | datkinson@hosielaw.com |
| RYAN K. WONG - # 267189 | |
| rwong@keker.com | 600 Montgomery Street, 34th Floor |
| THOMAS E. GORMAN - # 279409 | San Francisco, California 94111 |
| tgorman@keker.com | Telephone: 415 247 6000 |
| LEAH PRANSKY - # 302246 | Facsimile   415 247 6001 |
| lpransky@keker.com | |
| SHAYNE HENRY - # 300188 | Attorneys for Plaintiff |
| shenry@keker.com | SPACE DATA CORPORATION |
| ANDREW S. BRUNS - # 315040 | |
| abruns@keker.com | |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| Telephone:   415 391 5400 | |
| Facsimile:   415 397 7188 | |

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION, | Case No. 5:16-cv-03260-BLF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO FILE FOURTH AMENDED COMPLAINT ADDING LOON LLC AS DEFENDANT** |
| v. | |
| ALPHABET INC. and GOOGLE LLC, | Judge:   Hon. Beth Labson Freeman |
| Defendants. | Date Filed: June 13, 2016 |
| | Trial Date: August 5, 2019 |

JOINT STIPULATION AND [PROPOSED] ORDER TO
FILE FOURTH AMENDED COMPLAINT ADDING LOON LLC AS DEFENDANT
Case No. 5:16-cv-03260-BLF

1293009

1  Plaintiff Space Data Corporation ("Plaintiff") and defendants Alphabet Inc. and Google LLC ("Defendants") hereby stipulate through their respective counsel of record as follows:

**WHEREAS**, Plaintiff filed its complaint regarding Defendants' Project Loon on June 13, 2016.

**WHEREAS**, Plaintiff filed its operative Third Amended Complaint on July 20, 2017.

**WHEREAS**, as of July 1, 2018, Defendants' Project Loon, at issue in this litigation, is a separate subsidiary of Alphabet Inc. named "Loon LLC."

**WHEREAS**, Plaintiff desires to add Loon LLC as a named defendant to this litigation.

**WHEREAS**, the parties have conferred and agree that Plaintiff may add Loon LLC as a named defendant by filing a Fourth Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties hereto, and subject to the Court's approval, that: (1) Within seven days of the Court's entry of an order granting this stipulation, Plaintiff may file a Fourth Amended Complaint adding Loon LLC as a named defendant to this litigation, but otherwise making no material changes to Plaintiff's allegations or claims in this action; (2) Defendants may amend their answer and counterclaims within fourteen days after service of the Fourth Amended Complaint to address the addition of Loon LLC as a named defendant, but otherwise making no material changes; and (3) Defendants waive the need for service of summons and agree that their counsel will accept service of the Fourth Amended Complaint on behalf of Loon LLC, such service effective as of the date of filing of the Fourth Amended Complaint.

**IT IS SO STIPULATED**.

Dated: August 16, 2018         KEKER, VAN NEST & PETERS LLP

By ___/s/ Matthew M. Werdegar___
MATTHEW M. WERDEGAR

Attorneys for Defendants
*ALPHABET INC. AND GOOGLE LLC*

1
JOINT STIPULATION AND [PROPOSED] ORDER TO
FILE FOURTH AMENDED COMPLAINT ADDING LOON LLC AS DEFENDANT
Case No. 5:16-cv-03260-BLF

1293009

Dated:  August 16, 2018              HOSIE RICE LLP

By   */s/ Spencer Hosie*
SPENCER HOSIE

Attorneys for Plaintiff
*SPACE DATA CORPORATION*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 16, 2018              */s/ Matthew M. Werdegar*
Matthew M. Werdegar

## ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

DATED:  August 17, 2018              _____
Honorable Beth Labson Freeman
United States District Judge

2
JOINT STIPULATION AND [PROPOSED] ORDER TO
FILE FOURTH AMENDED COMPLAINT ADDING LOON LLC AS DEFENDANT
Case No. 5:16-cv-03260-BLF

1293009