SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL RAE ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff,*
*Space Data Corporation*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>                Defendants. | Case No. 5:16-cv-03260-BLF (NC)<br><br>**NOTICE OF WITHDRAWAL OF LYNDSEY C. HEATON AS COUNSEL FOR PLAINTIFF SPACE DATA CORPORATION**<br><br>Judge:      Hon. Beth Labson Freeman<br>Trial Date: August 5, 2019<br>Courtroom: 3, Fifth Floor |

Notice is hereby given that Lyndsey C. Heaton is no longer associated with the law firm of Hosie Rice LLP, 600 Montgomery Street, 34th Floor, San Francisco, California, 94111, and has withdrawn as counsel in this litigation for plaintiff Space Data Corporation.  All other attorneys listed above for Hosie Rice LLP will continue as counsel of record for plaintiff Space Data Corporation.

Dated:   October 4, 2018   Respectfully submitted,

/s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
*SPACE DATA CORPORATION*