# EXHIBIT 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   _____
 5   SPACE DATA CORPORATION,        )
                                    )
 6            Plaintiff,            )
                                    )
 7            vs.                   ) Case No.:
                                    ) 5:16-cv-03260-BLF
 8   ALPHABET INC., and GOOGLE      )
     LLC,                           )
 9                                  )
              Defendants.           )
10   _____)
11
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14    VIDEOTAPED 30(b)(6) DEPOSITION OF GERALD MARK KNOBLACH
15                San Francisco, California
16                Wednesday, July 11, 2018
17                       Volume I
18
19
20   Reported by:
21   RACHEL FERRIER,
22   CSR No. 6948
23   Job No. 2963534
24
25   PAGES 1 - 244
```

Page 1

| | | |
|---|---|---|
| 11 | Q  Just quickly, I want to go through the other | 11:14:16 |
| 12 | systems you mentioned. | 11:14:23 |
| 13 | You've mentioned SkySat, slash, Starfighter as -- | 11:14:25 |
| 14 | as another Space Data platform; right? | 11:14:29 |
| 15 | A  Yes, but SkySat/Starfighter Version 1 would be | 11:14:32 |
| 16 | the second kind of fully deployed network or payload we | 11:14:37 |
| 17 | built. | 11:14:41 |
| 18 | Q  Why the two names?  What's the -- is there -- the | 11:14:42 |
| 19 | two names are the same thing, or are their differences? | 11:14:44 |
| 20 | A  It's the point of view of the customer, so when | 11:14:48 |
| 21 | we talk to commercial users on the ground, cell phone | 11:14:50 |
| 22 | operators, people like Verizon or AT&T or, in the day, | 11:14:52 |
| 23 | Nextel, they are used to talking about a cell site, and | 11:14:57 |
| 24 | so, to them, the balloon is a really tall tower, so we | 11:15:00 |
| 25 | call it a SkySite. | 11:15:03 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken before
4   me at the time and place herein set forth; that any
5   witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11       I further certify that I am neither financially
12  interested in the action nor a relative or employee of
13  any attorney or any of the parties.
14       IN WITNESS WHEREOF, I have this date subscribed
15  my name.
16
17  Dated:  July 18, 2018
18
19
20
21
22
23       _____
24            RACHEL FERRIER
25            CSR No. 6948
```

Page 244