HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
     _____
 5   SPACE DATA CORPORATION,      )
 6           Plaintiff,           )
 7           vs.                  )Case No.:
 8   ALPHABET INC., and GOOGLE    )5:16-cv-03260-BLF
 9   LLC,                         )
10           Defendants.          )
11   _____)
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF
16                GERALD MARK KNOBLACH
17               San Francisco, California
18               Tuesday, July 17, 2018
19                      Volume 4
20
21   Reported by:
22   RACHEL FERRIER, CSR No. 6948
23   Job No. 2966007
24
25   PAGES 689 - 714
```

Page 689

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ▮ ██████████████████████████████████  ██████

      ▮ ████████████████████████████           ██████

      ▮ ████████████████████████████           ██████

      ▮ ██████████████████████████████████     ██████

      ▮ ████████████████████████████████       ██████

      ▮ ██████████████████████████████████     ██████

      ▮ ████████████████████████████.                   09:53:04

 8        Q    And when were those discussions?         09:53:07

 9        A    I was going to say, like, two World Cups ago, so   09:53:08

10    how often is the World Cup.                        09:53:19

11        Q    Every four years?                         09:53:21

12        A    So, like, eight years ago, so 2010, I guess,   09:53:22

13    because I remember watching the World Cup with them.   09:53:25

14        Q    Okay.  And was those discussions geared towards   09:53:27

15    providing a consumer wireless services as opposed to   09:53:34

16    machine-to-machine or, you know, some other -- I'm   09:53:38

17    trying to sense if you were trying to get a deal through   09:53:43

18    those discussions to provide enduser services to average   09:53:46

19    consumers in partnership with a tel- -- telco?      09:53:51

20        A    I mean, that was certainly the end goal.    09:53:53

21    ████████████████████████████████████████  ██████
▮     ████████████████████████████████████████           09:54:00

23    he had been advocating that the public safety in Europe    09:54:05

24    move toward, instead of specialized police radios,          09:54:09

25    standard smartphones because they were -- you know,         09:54:13
```

Page 704

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | provided, typically, more functionality and were less | 09:54:16 |
| 2 | costly than specialized public safety radios, and I | 09:54:19 |
| 3 | recall there was some deployment they were working on in | 09:54:22 |
| 4 | the Canary Islands, I believe, which is, you know, | 09:54:25 |
| 5 | off -- technically part of the African continent but | 09:54:27 |
| 6 | owned and operated -- or, I guess, you know, part of the | 09:54:30 |
| 7 | Spanish general sovereignty. | 09:54:33 |
| 8 |     Q    And was that going to be a public safety | 09:54:38 |
| 9 | application? | 09:54:41 |
| 10 |     A    So it would be a public safety application, but, | 09:54:41 |
| 11 | of course, it's, like, Space Data is always trying to | 09:54:43 |
| 12 | do.  We are trying to crawl, walk, and run, and so we -- | 09:54:46 |
| 13 | we see, at the end, that if we can service the Canary | 09:54:48 |
| 14 | Islands with, you know, LTE, or something like that, for | 09:54:52 |
| 15 | the public safety people -- they are kind of the -- the | 09:54:55 |
| 16 | less-price sensitive end of the market -- we can scale | 09:54:57 |
| 17 | the system then and start talking to individual | 09:55:01 |
| 18 | customers, because it's all, effectively, the same | 09:55:05 |
| 19 | technology and the same infrastructure. | 09:55:07 |
| 20 |     Q    When did those discussions with the individual at | 09:55:09 |
| 21 | ██████████████████████████████████████ | 09:55:12 |
| 22 |     A    We were working through a kind of marketing | 09:55:15 |
| 23 | ██████████████████████████████████████ | ████ |
| | ██████████████████████████████████████ | ████ |
| | ██████████████████████████████████████ | 09:55:33 |

Page 705

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken before
 4   me at the time and place herein set forth; that any
 5   witnesses in the foregoing proceedings, prior to
 6   testifying, were placed under oath; that a verbatim
 7   record of the proceedings was made by me using machine
 8   shorthand which was thereafter transcribed under my
 9   direction; further, that the foregoing is an accurate
10   transcription thereof.
11          I further certify that I am neither financially
12   interested in the action nor a relative or employee of
13   any attorney or any of the parties.
14          IN WITNESS WHEREOF, I have this date subscribed
15   my name.
16          Dated:  July 24, 2018
17
18
19
20          _____
21          RACHEL FERRIER
22          CSR No. 6948
23
24
25
                                                    Page 714
```