# EXHIBIT 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4    _____
                                   )
5    SPACE DATA CORPORATION,       )
                                   )
6              Plaintiff,          )
                                   )
7         vs.                      )Case No.:
                                   )5:16-cv-03260-BLF
8    ALPHABET INC., and GOOGLE     )
     LLC,                          )
9                                  )
               Defendants.         )
10   _____)
11
12
13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14        VIDEOTAPED DEPOSITION OF JERRY QUENNEVILLE
15              San Francisco, California
16              Tuesday, June 12, 2018
17                    Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2905939
25   PAGES 1 - 258
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   ███████  ███████████████████████  ██████

 2   ████████████████████████████████  ██████

 3   ████████████████████████████████  ██████

 4   █████████████████████████████████ ██████

 5   ██████████████████████████  ██████

 6   █████████████████████████   ██████

 7   ████████    ██████

 8      █  ███████████████████████     ██████

 9   ████████████     ██████

10      █  █████████████████   ██████

11      █  ██████████████████████████  ██████

12   █████████████████████    ██████

13   ██████████████████████   ██████

14   ████████████ ████████████████████ ██████

15   ████████████████████████████████  ██████

16   ██████████████████████████    ██████

17      █  ██████████████████████████  ██████

18   ████████  ██████████████████████  ██████

19   ██████████████████████████    ██████

20   ██████                                    04:02:18

21      Q   In your opinion, can the -- the SkySats station   04:02:18

22   keep?                                     04:02:25

23      A   Yes.                               04:02:25

24      Q   And what's the basis for that opinion?   04:02:26

25      A   We have done it.                   04:02:28
```

Page 207

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4         I, the undersigned, a Certified Shorthand
 5    Reporter of the State of California, do hereby certify:
 6         That the foregoing proceedings were taken before
 7    me at the time and place herein set forth; that any
 8    witnesses in the foregoing proceedings, prior to
 9    testifying, were placed under oath; that a verbatim
10    record of the proceedings was made by me using machine
11    shorthand which was thereafter transcribed under my
12    direction; further, that the foregoing is an accurate
13    transcription thereof.
14         I further certify that I am neither financially
15    interested in the action nor a relative or employee of
16    any attorney or any of the parties.
17         IN WITNESS WHEREOF, I have this date subscribed
18    my name.
19
20    Dated:  June 19, 2018
21
22
23                    _____
24                    RACHEL FERRIER
25                    CSR No. 6948
```

Page 258