# EXHIBIT 15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4   _____
                                  )
5   SPACE DATA CORPORATION,       )
                                  )
6            Plaintiff,           )
                                  )
7            vs.                  )Case No.:
                                  )5:16-cv-03260-BLF
8   ALPHABET INC., and GOOGLE     )
    LLC,                          )
9                                 )
             Defendants.          )
10  _____)
11
12
13    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14     CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF
15                GERALD MARK KNOBLACH
16             San Francisco, California
17               Monday, July 16, 2018
18                     Volume 3
19
20
21
22  Reported by:
23  RACHEL FERRIER, CSR No. 6948
24  Job No. 2966005
25  PAGES 472 - 688
```

Page 472

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Avanti's communications recovery proposal in connection | 04:46:00 |
| 2 | with the hurricane recovery in Puerto Rico. | 04:46:09 |
| 3 |    A   Yes.  This appears to be, as its title states, | 04:46:12 |
| 4 | "Maria PR1," which I assume refers to "Puerto Rico 1," | 04:47:40 |
| 5 | "Communications Recovery Plan September 2017." | 04:47:44 |
| 6 |    Q   And you were looking to get paid for providing | 04:47:47 |
| 7 | the services that you were going to provide; correct? | 04:47:52 |
| 8 |    A   We are a small company.  We were looking to get | 04:47:54 |
| 9 | covered our costs of deploying and logistically | 04:47:58 |
| 10 | supporting our people there. | 04:48:00 |
| 11 |    Q   Just to cover your costs? | 04:48:01 |
| 12 |    A   Yes.  I think that that was our goal in this, | 04:48:03 |
| 13 | just to cover our costs.  We didn't want to make profit | 04:48:06 |
| 14 | on other people's adversity, and, you know, the -- the | 04:48:08 |
| 15 | benefit for us would have been the public relations and | 04:48:14 |
| 16 | the goodwill of providing this type of coverage, as long | 04:48:17 |
| 17 | as our costs were covered. | 04:48:21 |
| 18 |    Q   In your -- Avanti's proposal was not accepted? | 04:48:22 |
| 19 |    A   My understanding is we came in second place. | 04:48:29 |
| 20 |    Q   And what do you mean by that? | 04:48:31 |
| 21 |    A   I got a text from Jose, the CEO of Avanti, who | 04:48:35 |
| 22 | said we came in second place to Google Loon, and my | 04:48:39 |
| 23 | understanding is that Google Loon offered to do the | 04:48:43 |
| 24 | service for free, and it's difficult to compete with | 04:48:45 |
| 25 | free when, you know, you have got costs, and you are a | 04:48:48 |

Page 678

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | small company.  You don't have the in-depth pockets of a | 04:48:53 |
| 2 | Google to give our service away for nothing.  Although, | 04:48:56 |
| 3 | in events like this, where, obviously, people's lives | 04:49:02 |
| 4 | are impacted, we wish we could. | 04:49:05 |
| 5 |    Q   And so your testimony is you received a text | 04:49:08 |
| 6 | message from Jose saying that you had come in second to | 04:49:11 |
| 7 | Google? | 04:49:14 |
| 8 |    A   Mm-hmm. | 04:49:14 |
| 9 |    Q   Okay.  I'm not sure I've seen that text message. | 04:49:15 |
| 10 | Has that been produced in this case? | 04:49:20 |
| 11 |    A   I believe we produced a number of text messages, | 04:49:21 |
| 12 | and, you know, it may not be explicit in the text | 04:49:25 |
| 13 | message.  I think the text message says we came in | 04:49:30 |
| 14 | second, and then there was quickly a press announcement | 04:49:32 |
| 15 | that Google Loon was going to provide high-altitude | 04:49:33 |
| 16 | support for communications in their recovery plan for | 04:49:38 |
| 17 | Puerto Rico, for Maria.  So, obviously, they came in | 04:49:39 |
| 18 | first. | 04:49:42 |
| 19 | (Exhibit 1286 was marked for | 04:49:42 |
| 20 | identification by the Court Reporter.) | 04:49:42 |
| 21 | BY MR. WERDEGAR: | 04:49:42 |
| 22 |    Q   Let me show you Exhibit 1286. | 04:49:43 |
| 23 | Are these the text messages with Jose Negron that | 04:50:04 |
| 24 | you were referring to, Mr. Knoblach? | 04:50:08 |
| 25 |    A   I want to review them. | 04:50:09 |

Veritext Legal Solutions
866 299-5127

```
1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken before
4   me at the time and place herein set forth; that any
5   witnesses in the foregoing proceedings, prior to
6   testifying, were placed under oath; that a verbatim
7   record of the proceedings was made by me using machine
8   shorthand which was thereafter transcribed under my
9   direction; further, that the foregoing is an accurate
10  transcription thereof.
11       I further certify that I am neither financially
12  interested in the action nor a relative or employee of
13  any attorney or any of the parties.
14       IN WITNESS WHEREOF, I have this date subscribed
15  my name.
16
17  Dated:  July 23, 2018
18
19
20
21
22
23  _____
24       RACHEL FERRIER
25       CSR No. 6948
```

Page 688