KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - #267189
rwong@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - #300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>ALPHABET INC., GOOGLE LLC, AND LOON LLC,<br><br>           Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: June 3, 2019 |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 26, 2018, I caused to be served the following document(s):

**UNREDACTED VERSION OF DEFENDANTS ALPHABET INC., GOOGLE LLC AND LOON LLC'S REPLY TO PLAINTIFF SPACE DATA CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR STAY;**

**EXHIBITS F-J**

☑   by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Spencer Hosie | shosie@hosielaw.com |
| Diane S. Rice | drice@hosielaw.com |
| Brandon C. Martin | bmartin@hosielaw.com |
| Darrell R. Atkinson | datkinson@hosielaw.com |
| HOSIE RICE LLP | HR-SF@hosielaw.com |

Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA  94111
Tel:  (415) 247-6000

Executed on December 26, 2018, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Maria S. Canales