KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>    Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**DECLARATION OF LEAH PRANSKY IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF SPACE DATA CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION TO STAY**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

DECLARATION OF LEAH PRANSKY IN SUPPORT OF DEFENDANTS' REPLY TO SPACE
DATA'S OPPOSITION TO MOTION TO STAY
Case No. 5:16-cv-03260-BLF

1312632

I, Leah Pransky, declare as follows:

1. I am an attorney licensed to practice law in the State of California and associated with the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendants Alphabet Inc., Google LLC and Loon LLC ("Google") in the above-referenced action.

2. I make this declaration in support of Google's Reply to Space Data's Opposition to Defendants' Motion to Stay.

3. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

4. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the file history of U.S. Patent 9,643,706.

5. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Jerry Quenneville, taken on June 12, 2018.

6. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition of David Wu, taken on May 8, 2018.

7. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition of Christine Meyer, taken on December 11 2018.

8. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the deposition of Anne Bray, taken on June 5, 2018.

9. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the deposition of Alastair Westgarth, taken on March 20, 2018.

10. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition of Gerald Knoblach, taken on July 16, 2018.

11. I have reviewed the transcript of the deposition of Google's invalidity expert, Dr. Kim Aaron, taken on October 29, 2018. During Dr. Kim's deposition, Space Data's counsel did not ask Dr. Kim any questions regarding the validity of the '706 patent.

12. I have reviewed the transcript of the deposition of Google's non-infringement expert, Dr. Robert J. Hansman, taken on December 13, 2018. During Dr. Hansman's deposition, Space

1

DECLARATION OF LEAH PRANSKY IN SUPPORT OF DEFENDANTS' REPLY TO SPACE DATA'S OPPOSITION TO MOTION TO STAY
Case No. 5:16-cv-03260-BLF

1312632

Data's counsel asked two general questions regarding supercapacitors, however, Space Data's counsel did not ask Dr. Hansman any questions regarding his non-infringement theory for the '706 patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 26, 2018 in San Francisco, California.

*/s/ Leah Pransky*
Leah Pransky