# EXHIBIT J

# DOCUMENT SOUGHT TO BE SEALED