KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>　　　　Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**DECLARATION OF ROBERT J. HANSMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　April 11, 2019<br>Time:　　　9:00 a.m.<br>Dept.:　　　Courtroom 3 – 5th Floor<br>Judge:　　　Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

I, Robert J. Hansman, declare as follows:

1. I have been a professor of Aeronautics and Astronautics at Massachusetts Institute of Technology since 1982. I received a Bachelor's degree in 1976 from Cornell University, a Master's degree in Physics in 1980 and an interdisciplinary Ph.D. in Physics, Aeronautical and Astronautical Engineering, Electrical Engineering, and Meteorology in 1982 from Massachusetts Institute of Technology. As part of my activities at MIT, I have led a number of aircraft and UAV design and development efforts, which has included the design and development of lighter-than-air-platforms. I have also authored more than 300 technical publications, including those listed in my curriculum vitae.

2. I submit this declaration in support of Defendants Alphabet Inc., Google LLC, and Loon LLC's ("Google") Motion for Summary Judgment. If called to testify as a witness, I could and would testify competently to such facts, and to my expert opinions set forth in the exhibit to this declaration, under oath.

3. The facts and opinions set forth in the exhibit to this declaration are based on my personal knowledge and expertise, or knowledge I obtained through my review of evidence produced in this litigation and provided to me for consideration (including documents, deposition testimony, and source code, as well as my inspection of the accused Loon system), publicly available materials, or other investigation for purposes of providing an expert opinion in this matter.

4. I have been retained to provide my expert opinions on issues related to Plaintiff Space Data's allegations of (1) infringement of United States Patent Nos. 9,678,193 ("'193 patent") and 9,643,706 ("'706 patent"); (2) misappropriation of Space Data's asserted wind data, altitude control, thermal management, NOCC flight control and monitoring system trade secrets; and (3) breach of the Mutual Confidentiality and Nondisclosure Agreement, dated December 1, 2007, between Space Data and Google. In particular, I provide opinions with respect to the analysis, assumptions, assertions, and proffered opinions of Space Data's technical expert, Dr. Sam Pullen, and damages expert, Dr. Christine Meyer.

5. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the rebuttal report ("Hansman Report") I prepared in this action, which I signed on November 16, 2018, which is a true and correct expression of my opinions based on the facts that I currently know. The Hansman Report also provides a more detailed description of my qualifications and experience, as well as the materials I considered in formulating my opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 9, 2019 in Cambridge, Massachusetts.

Robert J. Hansman

2
DECLARATION OF ROBERT J. HANSMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 5:16-cv-03260-BLF

1315819.v1