# EXHIBIT 160

to Space Data's Opposition to Defendants' Motion for Summary Judgment

# REDACTED

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL