# EXHIBIT 163

to Space Data's Opposition to Defendants' Motion for Summary Judgment

| | |
|---|---|
| **From:** | Jerry Knoblach |
| **Sent:** | Thursday, December 6, 2007 11:23 AM PST |
| **To:** | Mike Pearson; Eric Frische; Jim Wiesenberg |
| **CC:** | Joe Faber; Minnie Ingersoll; Christopher Sacca; Larry Alder; Dave Sobota |
| **Subject:** | RE: Call Follow-up |
| **Attachments:** | Space Data-Google NDA - 12-04-07.pdf |

Mike –

Attached is a pdf file of the signed NDA. If you require an original copy please let me know your physical address.

Thanks,

Jerry Knoblach
Chairman / CEO
Space Data Corp
460 S Benson Lane, Suite 12
Chandler, AZ 85224

knoblach@spacedata.net
480 403 0030 direct
480 221-0493 mobile

---

**From:** Mike Pearson [mailto:pearson@google.com]
**Sent:** Tuesday, December 04, 2007 11:43 AM
**To:** Jerry Knoblach; Eric Frische; Jim Wiesenberg
**Cc:** Joe Faber; Minnie Ingersoll; Christopher Sacca; Larry Alder; Dave Sobota
**Subject:** Call Follow-up

Eric, Jerry and Jim

Thanks for making the time to meet yesterday. I have attached a copy of our standard NDA and would appreciate if you could sign it and either fax it back to me at 415.358.5517 or pdf it back to me. In order to get things kicked off it would be great to get some background financial information including a copy of your latest capitalization table, income statement and balance sheet.

The most critical piece of information however, will be getting some sense from you and the team about what you would envision as being the potential uses for the balloon technology here at Google. If you remove the constraint of having to find near term monetization opportunities, what are the areas that that you and the team would like to focus on at Google. I think theeasiest way to flesh it out is to look at opportunities that

CONFIDENTIAL                                                                                                                                SD_656080

do and do not involve Google owning a large block of spectrum in the near term and what are goals you would like to accomplish in either scenario.

Feel free to send the material over as you gather it, or give me a call with any questions, and we can then find some time to regroup.

Thanks

Mike


--
Mike Pearson
Principal, Corporate Development
Google, Inc.
1600 Amphitheatre Parkway
Mountain View, CA  94043
650.253.2582 direct
617.817.5184 mobile
pearson@google.com