# EXHIBIT 169

to Space Data's Opposition to Defendants' Motion for Summary Judgment

| Home | News | Sport | Weather | Shop | Reel | Travel | Capital | Culture | Future | Sounds |

# NEWS

| Home | Video | **World** | US & Canada | UK | Business | Tech | Science |

| World | Africa | Asia | Australia | **Europe** | Latin America | Middle East |



## Air traffic control: Inside one of world's busiest centres

Airline pilots are easily recognisable people, doing what many regard as a glamorous job.

But the air traffic controller is a less well known figure.

Their job is very technical, and very stressful.

The BBC's Ben Lowings has been watching controllers at work inside one of the world's busiest operations centres in the Netherlands.