# EXHIBIT 170

to Space Data's Opposition to Defendants' Motion for Summary Judgment

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
ALPHABET INC. and GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>ALPHABET INC. and GOOGLE LLC,<br><br>              Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**DEFENDANTS' PATENT L.R. 4-2 DISCLOSURE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019<br><br>**JURY TRIAL DEMANDED** |

DEFENDANTS' PATENT L.R. 4-2 DISCLOSURE OF PRELIMINARY
CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE
Case No. 5:16-cv-03260-BLF

1230538

Defendants ALPHABET INC. and GOOGLE LLC (collectively "Google"), by and through counsel, attach hereto and hereby discloses their preliminary claim constructions under Patent Local Rule 4-2 for the terms identified by the parties for U.S. Patent Nos. 6,628,941 ("the '941 patent"), 9,678,193 ("the '193 patent"), 9,632,503 ("the '503 patent"), and 9,643,706 ("the '706 patent").

Google anticipates that the parties will be able to narrow the list of terms to be construed in the process of preparing a Joint Claim Construction Statement. To the extent necessary to clarify the issues for the Court or otherwise avoid ambiguity or confusion, Google reserves the right to address words contained with the identified terms separately from the terms as listed, if addressing that such words separately will assist in the resolution of the parties' claim-construction disputes.

Google reserves the right to supplement or revise this list in response to the constructions proposed by Space Data, or in response to any change in Space Data's asserted claims or infringement contentions. Google further reserves the right to rely on extrinsic evidence identified by Space Data.

Google may rely on the expert testimony of Dr. Hansman and/or Dr. Aragon-Zavala in support of Google's indefiniteness arguments. Subject to Space Data's proposed constructions and the subsequent discussions between the parties, Google may also provide testimony from Dr. Hansman and/or Dr. Aragon-Zavala to provide tutorial background, to explain the meaning and subject matter of the asserted patent claims as they would be understood by those of ordinary skill in the art at the time any patents were filed, to opine as to the proper construction of various claim terms in light of the intrinsic and extrinsic evidence and/or the meaning of the term to one of ordinary skill in the art, and to rebut Space Data's positions. Although Google does not currently intend to rely on expert testimony in relation to other claim terms, Google reserves the right to do so in response to and in the event that Space Data relies on expert testimony for any other term.

Finally, Google reserves the right to address issues of indefiniteness either as part of the claim construction process or at some later point in the case, depending on how many terms remain for consideration following the parties' meet-and-confer process.

1
DEFENDANTS' PATENT L.R. 4-2 DISCLOSURE OF PRELIMINARY
CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE
Case No. 5:16-cv-03260-BLF

1230538

| | |
|---|---|
| Dated: January 23, 2018 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ *Matthias A. Kamber* |
| | ROBERT A. VAN NEST |
| | CHRISTA M. ANDERSON |
| | MATTHEW M. WERDEGAR |
| | EUGENE M. PAIGE |
| | MATTHIAS A. KAMBER |
| | THOMAS E. GORMAN |
| | LEAH PRANSKY |
| | ANDREW S. BRUNS |
| | Attorneys for Defendants |
| | ALPHABET INC. and GOOGLE LLC |

2
DEFENDANTS' PATENT L.R. 4-2 DISCLOSURE OF PRELIMINARY
CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE
Case No. 5:16-cv-03260-BLF

1230538

# EXHIBIT A

# DEFENDANTS' PRELIMINARY CONSTRUCTIONS AND EXTRINSIC EVIDENCE

## I. The '941 Patent

| Claim Element | Defendants' Proposal | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "free floating" | "untethered and drifting along with existing wind current" | Figs. 1-5, 1:7-12; 4:62-65; 8-10; 9:6-7 10:61-67, 13:20-34, 18:52-54; 20:43-44, 24:52-53, 25:6-7, 25:36-37, 26:7-8, 26:50-51. *See also* File History citations for "without any longitudinal and latitudinal position control" (incorporated by reference). | |
| "constellation communications system" | "a plurality of small, lighter-than-air communications platforms spaced-apart and floating in the stratospheric layer of the Earth's atmosphere over a contiguous geographic area" | Abstract, Figs. 1, 2, 8, and 9; 1:7-12; 2:49-55; 3:45-49; 3:59-65; 4:2-4, 6:62-67; 8:18-21; 8:46-66; 9:30-36; 10:28-34; 11:25-29; 12:13-16; 12:45-52; *passim* in claims. File History: April 18, 2000 Office Action: Aug. 30, 2000 Statement Made in an Amendment: SD_003826, SD_003850 | |
| "without any longitudinal and latitudinal position control" | "lacking horizontal propulsion or steering" | Figs. 1-5, 1:7-12; 4:62-65; 8-10; 9:6-7 10:61-67, 13:20-34, 18:52-54; 20:43-44, 24:52-53, 25:6-7, 25:36- | |

1

DEFENDANTS ALPHABET INC. AND GOOGLE LLC'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE
Case No. 5:16-cv-03260-BLF

1230145

| Claim Element | Defendants' Proposal | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| | | 37, 26:7-8, 26:50-51. File History: April 18, 2000 Office Action: Aug. 30, 2000 Statement Made in an Amendment: SD_003824 Fax from Examiner: SD_004265 File History: March 2, 2001 Office Action: Aug. 28, 2001 Interview Summary: SD_003664 File History: March 2, 2001 Office Action: Aug. 28, 2001 Amendment: SD_003596 File History: Feb. 28, 2002 Office Action: May 22, 2002 SD_003538 Reasons for Allowance: SD_004510 | |
| "launched in a manner such that … there is substantially a relative distance between said plurality of lighter-than-air platforms" | Indefinite: <br>• Mixed system and method claim violates *IPXL*. <br>• "substantially a relative distance" is indefinite under *Nautilus*. <br><br>"launched in a manner" = "synchronized launching of a plurality of platforms from spaced-apart geographical locations" | Figs. 1-5, 8-9; 3:59-4:4; 4:60-62; 7:60-63 8:18-21; 8:62-66; 9:7-10; 9:31-34; 9:41-47; 9:50-57; 10:12-21; 10:28-38; 10:53-67; 11:63-12:17; 12:36-52; 13:13-16; 13:45-47 14:6-23 | |

1230145