KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>            Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FROM THE DOCKET; DKT NOS. 466-10, 467-8**<br><br>Dept:    Courtroom 3 - 5th Floor<br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

PLEASE TAKE NOTICE that Defendants Alphabet Inc., Google LLC, and Loon LLC (collectively, "Google") respectfully submit this administrative Motion to Remove Incorrectly Filed Documents from the Docket. On March 1, 2019, Google filed its Reply in Support of its Motion for Summary Judgment ("Reply"). Dkt. 467. In connection with its Reply, Google filed portions of the Excerpts of the Expert Report of Christine S. Meyer, Ph.D. as Exhibit 206. Google concurrently filed an administrative motion to file under seal (Dkt. 466) and requested that Exhibit 206 be sealed in its entirety, but inadvertently filed a redacted version of Exhibit 206 publicly at Dkt. No. 466-10 and at Dkt. No. 467-8.

After close of business on March 5, 2019, Space Data's counsel informed Google of this error. Immediately after receiving this notification from Space Data's counsel, pursuant to the instructions on the Court's website, Google's counsel emailed the docket correction clerk and called the ECF Help Desk and left a voice message. Google respectfully requests that Dkt. Nos. 466-10 and 467-8 be permanently removed from the docket.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: March 5, 2019     By: */s/ Leah Pransky*
ROBERT A. VAN NEST
MATTHEW M. WERDEGAR
EUGENE M. PAIGE
MATTHIAS A. KAMBER
RYAN K. WONG
LEAH PRANSKY
SHAYNE HENRY
ANDREW S. BRUNS

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and
LOON LLC