KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>    Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FROM THE DOCKET; DKT NOS. 466-10, 467-8**<br><br>Dept:      Courtroom 3 - 5th Floor<br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

The Court, having fully considered the papers and arguments presented by Defendants Alphabet Inc., Google LLC, and Loon LLC (collectively, "Google"), hereby GRANTS Defendants' Motion to Remove Incorrectly Filed Documents from the Docket; Dkt Nos. 466-10, 467-8.

**IT IS HEREBY ORDERED THAT** Docket Numbers 466-10 and 467-8 will be permanently deleted from the docket.

Dated: _____

Hon. Beth Labson Freeman