1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   MATTHEW M. WERDEGAR - # 200470
3  mwerdegar@keker.com
   EUGENE M. PAIGE - # 202849
4  epaige@keker.com
   MATTHIAS A. KAMBER - # 232147
5  mkamber@keker.com
   RYAN K. WONG - # 267189
6  rwong@keker.com
   LEAH PRANSKY - # 302246
7  lpransky@keker.com
   SHAYNE HENRY - # 300188
8  shenry@keker.com
   ANDREW S. BRUNS - # 315040
9  abruns@keker.com

10 633 Battery Street
   San Francisco, CA 94111-1809
11 Telephone:     415 391 5400
   Facsimile:     415 397 7188
12
   Attorneys for Defendants
13 ALPHABET INC., GOOGLE LLC, and LOON LLC

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18 SPACE DATA CORPORATION,              | Case No. 5:16-cv-03260-BLF

19         Plaintiff,                   | [PROPOSED] ORDER GRANTING
                                        | DEFENDANTS' MOTION TO REMOVE
20    v.                                | INCORRECTLY FILED DOCUMENTS
                                        | FROM THE DOCKET; DKT NOS. 466-10,
21 ALPHABET INC., GOOGLE LLC, and       | 467-8
   LOON LLC,
22                                      | Dept:   Courtroom 3 - 5th Floor
           Defendants.                  | Judge:  Hon. Beth Labson Freeman
23
                                        | Date Filed: June 13, 2016
24
                                        | Trial Date: August 5, 2019
25

26

27

28

---

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
FROM THE DOCKET
Case No. 5:16-cv-03260-BLF

1323831

1  The Court, having fully considered the papers and arguments presented by Defendants Alphabet Inc., Google LLC, and Loon LLC (collectively, "Google"), hereby GRANTS Defendants' Motion to Remove Incorrectly Filed Documents from the Docket; Dkt Nos. 466-10, 467-8.

**IT IS HEREBY ORDERED THAT** Docket Numbers 466-10 and 467-8 will be permanently deleted from the docket.

Dated: **March 6, 2019**

/s/ Beth Labson Freeman
Hon. Beth Labson Freeman