SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff,*
*SPACE DATA CORPORATION*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>             Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**CORRECTED EXHIBIT 7 TO THE DECLARATION OF SPENCER HOSIE IN SUPPORT OF PLAINTIFF SPACE DATA CORPORATION'S NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY AND PORTIONS OF RELATED EXPERT REPORTS**<br><br>Date:         May 30, 2019<br>Time:         1:30 p.m.<br>Courtroom:  3, Fifth Floor<br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:   June 13, 2016<br>Trial Date:   August 5, 2019 |