# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No. 16-cv-03260-BLF<br><br>**OMNIBUS ORDER ON SEALING MOTIONS**<br><br>[Re: ECF 415, 416, 439, 466] |

Before the Court are the parties' administrative motions to file under seal portions of their briefing and exhibits in connection with Defendants' motion for summary judgment. ECF 415, 416, 439, 466. For the reasons stated below, the motions are GRANTED IN PART, DENIED IN PART with prejudice, and DENIED IN PART without prejudice.

## I. LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–79.

However, "while protecting the public's interest in access to the courts, we must remain

mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1228–29 (Fed. Cir. 2013). Records attached to motions that are "not related, or only tangentially related, to the merits of a case" therefore are not subject to the strong presumption of access. *Ctr. for Auto Safety*, 809 F.3d 1099; *see also Kamakana*, 447 F.3d at 1179 ("[T]he public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action."). Parties moving to seal the documents attached to such motions must meet the lower "good cause" standard of Rule 26(c). *Kamakana*, 447 F.3d at 1179 (internal quotations and citations omitted). This standard requires a "particularized showing," *id.*, that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992). A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed, *see Kamakana,* 447 F.3d at 1179–80, but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed. *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be

sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).

## II.    DISCUSSION

The Court has reviewed Plaintiff and Defendants' sealing motions and the declarations of the designating parties submitted in support thereof. The Court finds that the parties have articulated compelling reasons to seal certain portions of the submitted documents. While some of the proposed redactions are narrowly tailored, some are not. The Court's rulings on the sealing requests are set forth in the tables below.

### A.    ECF 415 & 416 (Defendants' motions re MSJ and exhibits)

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 407-4 | Google's Motion for Summary Judgment | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 416-4 | Google's Corrected Motion for Summary Judgment | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 407-5 | **Exhibit 2** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from Ex. A to Pullen Opening Rpt.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 407-6 | **Exhibit 3** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |

| **ECF No.** | **Document to be Sealed:** | **Result** | **Reasoning** |
|---|---|---|---|
| | 12/17/2018 Pullen Depo. Tr.) | | |
| 407-7 | **Exhibit 7** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from Space Data's 7/13/2018 Amended Resp. to Rogs. 2, 4, 8, and 10) | DENIED.[1] | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation at 2, ECF 430. |
| 407-8 | **Exhibit 8** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from Meyer Expert Rpt.) | DENIED. | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation at 2, ECF 430. |
| 407-10 | **Exhibit 9** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 7/11/2018 Knoblach Depo. Tr.) | DENIED. | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation at 2, ECF 430. |
| 407-12 | **Exhibit 10** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 6/15/2018 Sacca Depo. Tr.) | GRANTED as to the portions identified in Ex. A (to the parties' stipulation), ECF 430-1. | Contains confidential information about Google's business development, practices, and strategy, including how Google evaluates strategic partner relationships. Yaghmour Decl. ¶ 11, ECF 407-1. Public disclosure would expose Google to competitive harm. *Id.* |
| n/a | **Exhibit 11** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (12/10/2007 Sobota | DENIED without prejudice. | The Court is unable to locate this document in ECF. |

---

[1] Any denial is with prejudice unless the order states that the denial is without prejudice.

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | Email and Attachment) | | |
| 408-2 | **Exhibit 12** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 6/7/2018 Pearson Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 408-4 | **Exhibit 13** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 5/16/2018 Barkley Depo. Tr.) | GRANTED as to the portions identified in Ex. A (to the parties' stipulation), ECF 430-1. | Contains sensitive information related to a third party. *See* Ritchie Decl. ¶ 5, ECF 420-1. Public disclosure may harm current relationships between Space Data and third parties. *Id.* |
| 408-5 | **Exhibit 15** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Space Data's 5th Am. § 2019.210 Disclosure) | GRANTED as to the portions identified in Ex. A (to the parties' stipulation), ECF 430-1. | Contains Space Data's proprietary information, including purported trade secrets. *See* Ritchie Decl. ¶ 6, ECF 420-1. |
| 408-6 | **Exhibit 17** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (2/24/2008 Pearson Email) | DENIED. | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation at 2, ECF 430. |
| 408-8 | **Exhibit 18** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 6/27/2018 Page Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 408-9 | **Exhibit 19** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |

| **ECF No.** | **Document to be Sealed:** | **Result** | **Reasoning** |
|---|---|---|---|
| | (6/6/2008 Alder Email) | | |
| 408-10 | **Exhibit 20** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (7/1/2008 Ingersoll Email) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 409-1 | **Exhibit 21** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 6/13/2018 Teller Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 409-3 | **Exhibit 22** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 7/19/2017 DeVaul Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 409-5 | **Exhibit 23** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 6/22/2018 Biffle Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 409-7 | **Exhibit 26** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 6/5/2018 Bray Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 409-8 | **Exhibit 27** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | for Summary Judgment (Excerpt from X Project List) | | stipulation), ECF 430-1. |
| 409-9 | **Exhibit 28** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (5/17/2011 Thrun Email) | GRANTED as to the portions identified in Ex. A (to the parties' stipulation), ECF 430-1. | Contains confidential communications about Google's business and project development practices and contains confidential contact information for multiple Google employees. Yaghmour Decl. ¶ 23, ECF 407-1. Public disclosure would expose Google to competitive harm. *Id.* |
| n/a | **Exhibit 30** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from Space Data's 12/15/2017 Amended Resp. to Second Set of Rogs) | DENIED without prejudice. | The Court is unable to locate this document in ECF. |
| 410-1 | **Exhibit 31** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from Space Data's 7/3/2018 Amended Resp. to Rogs. 14 & 21) | GRANTED as to the portions identified in Ex. A (to the parties' stipulation), ECF 430-1. | Contains proprietary technical information regarding Google Loon. Yaghmour Decl. ¶ 24, ECF 407-1. Public disclosure would expose Google to competitive harm. *Id.*<br><br>Contains Space Data's proprietary information, including purported trade secrets. *See* Ritchie Decl. ¶ 6, ECF 420-1. |
| 410-2 | **Exhibit 32** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from Space Data's 7/13/2018 Amended Resp. to Rogs. 12, 15, 16, 17, 19, 20 & 23) | GRANTED as to the portions identified in Ex. A (to the parties' stipulation), ECF 430-1. | Contains Space Data's proprietary information, including purported trade secrets. *See* Ritchie Decl. ¶¶ 6–7, ECF 420-1. |

| **ECF No.** | **Document to be Sealed:** | **Result** | **Reasoning** |
|---|---|---|---|
| 410-3 | **Exhibit 33** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (1/8/2008 Knoblach Email) | DENIED. | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation at 2, ECF 430. |
| 410-4 | **Exhibit 34** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (11/15/2010 Thrun Email) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 410-5 | **Exhibit 35** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (11/15/2010 Page Email) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |
| 410-7 | **Exhibit 36** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (8/4/2011 Thrun Email) | DENIED. | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation at 2, ECF 430. |
| 410-8 | **Exhibit 38** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (3/29/2011 Alder Email) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. |
| 410-10 | **Exhibit 40** to the Declaration of Matthew M. Werdegar in support of Defendants' Motion for Summary Judgment (Excerpts from 5/11/2018 McCloskey Depo. Tr.) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. |
| 410-11 | **Exhibit 41** to the Declaration of Matthew M. Werdegar in support | DENIED. | The parties have stipulated that this exhibit does not contain sealable material. *See* Stipulation |

8

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | of Defendants' Motion for Summary Judgment (Excerpts from Pullen Opening Report) | | at 2, ECF 430. |
| 410-13 | **Exhibit A** to Declaration of Robert J. Hansman in support of Defendants' Motion for Summary Judgment (Excerpts from Hansman Expert Report) | DENIED without prejudice. | The proposed redactions are not narrowly tailored. Some of the information is part of the public record. *See* Ex. A (to the parties' stipulation), ECF 430-1. |

**B.    ECF 439 (Plaintiff's motion re Opposition brief and exhibits)**

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 439-5 | Space Data's Opposition to Google's Motion for Summary Judgment | GRANTED as to 1:21-24; 2:4; 2:16-17; 2:25-27; 3:24-25; 3:27-4:1; 4:3-6; 4:8-11; 4:24-27; 4:29; 5:3-6; 5:8; 5:11-14; 5:17-20; 5:22-23-25; 5:27-6:6; 6:8-9; 6:12-15; 6:16; 6:23-26; 7:2-7:7; 7:10-12; 7:20-24; 8:19; 11:5-7; 11:16-20; 11:23-24; 12:25; 13:1; 13:10-11; 13:13-17; 13:22-14:2; 15:8-9; 22:2-12; 22:14-21; 23:9-15. | Contains Google's confidential technical details and business strategy; refers to non-public projects. Bruns Decl. ¶ 6, ECF 470. |
| | | GRANTED as to 2:18-21; 4:20; 5:17-20; 5:22-23; 7:4; 11:16-19; 11:23; 13:1; 13:6-8; 13:18; 13:20-22. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6, ECF 439-1. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 440-2 Ex. #42 | 11/5/2007 Alder email (GOOG-SD-00156977) | GRANTED as to entire document. | Refers to Google's non-public projects. Bruns Decl. ¶ 16. |
| 440-4 Ex. #43 | 8/23/2007 Sacca email (GOOG-SD-00143255) | GRANTED as to entire document. | Refers to Google's non-public projects. Bruns Decl. ¶ 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 440-6 Ex. #44 | 11/29/2007 Ingersoll email (GOOG-SD-00144436) | GRANTED as to entire document. | Discusses Google's business strategy, refers to Google's non-public projects. Bruns Decl. ¶ 16. |
| 440-6 Ex. #44 | 12/4/2007 Sacca email (GOOG-SD-00291760) | GRANTED as to blue highlighted portion.

DENIED as to the remainder. | Discusses Google's business strategy. Bruns Decl. ¶ 16.

Google, the designating party, does not seek to seal the remainder. |
| 440-6 Ex. #44 | 12/4/2007 Sacca email (GOOG-SD-00144569-71) | GRANTED as to contents of emails time stamped 13:41, 11:42, 11:21; and 10:54; phone numbers.

DENIED as to the remainder. | Contains Google's business strategy; contains personal employee contact information. Bruns Decl. ¶¶ 16, 22.

Google, the designating party, does not seek to seal the remainder. |
| 440-6 Ex. #44 | 12/18/2017 Conrad email (GOOG-SD-00291904) | GRANTED as to entire document. | Contains Google's business strategy, refers to non-public projects. Bruns Decl. ¶ 16. |
| 440-8 Ex. #45 | Exhibit 45 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 440-10 Ex. #46 | 12/4/2007 Pearson email (GOOG-SD-00144564) | GRANTED as to signature block.

DENIED as to the remainder. | Contains personal employee contact information. Bruns Decl. ¶ 22.

Google, the designating party, does not seek to seal the remainder. |
| 440-12 Ex. #47 | Exhibit 47 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 440-14 Ex. #48 | 12/19/2007 Ingersoll email (GOOG-SD-00144832) | GRANTED as to entire document. | Contains Google's confidential business strategy, refers to non-public projects. Bruns Decl. ¶ 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---------|------------------------|--------|-----------|
| 440-14 Ex. #48 | 2/12/2008 Ingersoll email (GOOG-SD-00157387) | GRANTED as to text after "(3) Potential uses" and before "I'm going to schedule." | Contains Google's confidential business strategy. Bruns Decl. ¶ 16. |
| | | GRANTED as to yellow highlighted portions. | Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 440-16 Ex. #49 | 2/12/2008 Ingersoll email (GOOG-SD-00157387) | GRANTED as to text after "(3) Potential uses" and before "I'm going to schedule." | Contains Google's confidential business strategy. Bruns Decl. ¶ 16. |
| | | GRANTED as to yellow highlighted portions. | Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 440-18 Ex. #50 | Space Data wiki (GOOG-SD-00081024-26) | GRANTED as to entire document. | Contains Google's confidential business strategy (same document as in Exs. 55 & 113). Bruns Decl. ¶ 16. |
| 441-2 Ex. #51 | Exhibit 51 to Space Data's opposition brief. | GRANTED as to yellow highlighted portions. | Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 441-4 Ex. #52 | Exhibit 42 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---------|------------------------|--------|-----------|
| 441-6 Ex. #53 | Exhibit 53 to Space Data's opposition brief. | GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 441-8 Ex. #54 | 2/12/2008 Ingersoll email (GOOG-SD-00145618) | GRANTED as to text after "Phil-" and before "On 2/12/08"; text after "(3) Potential uses."<br><br>GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Contains Google's confidential business strategy. Bruns Decl. ¶ 16.<br><br>Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 441-10 Ex. #55 | 2/13/2008 Gossett email (GOOG-SD-00145771) | GRANTED as to text after "how we might use this stuff," and before "-Phil"; text after "Phil-" and before "On 2/12/08"; text after "(3) Potential uses" and before "I'm going to schedule."<br><br>GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Contains Google's confidential business strategy. Bruns Decl. ¶ 16.<br><br>Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 441-10 Ex. #55 | Space Data wiki (GOOG-SD-00081024) | GRANTED as to entire document. | Contains Google's confidential business strategy (same document as in Exs. 55 & 113). Bruns Decl. ¶ 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 441-12 Ex. #56 | 2/12/2008 Conrad email (GOOG-SD-00145633-34) | GRANTED as to URL in the thread's top email; Text after "(3) Potential uses" and before "I'm going to schedule." | Contains Google's confidential business strategy. Bruns Decl. ¶ 16. |
| | | GRANTED as to yellow highlighted portions. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 7. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 441-14 Ex. #57 | Exhibit 57 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 441-16 Ex. #58 | Exhibit 58 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 441-18 Ex. #59 | Exhibit 59 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 441-20 Ex. #60 | Exhibit 60 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 442-2 Ex. #61 | Exhibit 61 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 442-4 Ex. #62 | Photograph (GOOG-SD-00293623) | GRANTED as to entire document. | Concerns personal privacy issues. Bruns Decl. ¶ 19. |
| 442-6 Ex. #63 | Photograph (GOOG-SD-00293636) | GRANTED as to entire document. | Concerns personal privacy issues. Bruns Decl. ¶ 19. |
| 442-8 Ex. #64 | Photograph (GOOG-SD-00293637) | GRANTED as to entire document. | Concerns personal privacy issues. Bruns Decl. ¶ 19. |
| 442-10 Ex. #65 | Exhibit 65 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 442-12 Ex. #66 | Exhibit 66 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---------|------------------------|--------|-----------|
| 442-14 Ex. #67 | 3/6/2018 Day email (GOOG-SD-00074338-41) | GRANTED as to photographs at GOOG-SD-00074339; email signature at GOOG-SD-00074341.<br><br>DENIED as to the remainder. | Concerns personal privacy issues. Bruns Decl. ¶ 19.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 442-16 Ex. #68 | Exhibit 68 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 442-18 Ex. #69 | Photograph (GOOG-SD-00293636) | GRANTED as to entire document. | Concerns personal privacy issues. Bruns Decl. ¶ 19. |
| 442-20 Ex. #70 | Photograph (GOOG-SD-00293636) | GRANTED as to entire document. | Concerns personal privacy issues. Bruns Decl. ¶ 19. |
| 442-22 Ex. #71 | Exhibit 71 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 442-24 Ex. #72 | Exhibit 72 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 442-26 Ex. #73 | Exhibit 73 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 442-28 Ex. #74 | Exhibit 74 to Space Data's opposition brief. | GRANTED as to yellow highlighted portions. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 442-30 Ex. #76 | 2/21/2008 Ingersoll email (GOOG-SD-00146089) | GRANTED as to URL; all text after Space Data bullet points.<br><br>DENIED as to the remainder. | Discusses Google's business strategy. Bruns Decl. ¶ 16.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 442-32 Ex. #77 | 2/21/2008 Ingersoll email (GOOG-SD-00146100) | GRANTED as to four bullet points following "(we are unhappy about article"); URL; all text after final blue highlighted portion. | Discusses Google's business strategy. Bruns Decl. ¶ 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 442-34 Ex. #78 | 2/14/2008 Ingersoll email (GOOG-SD-00145823-24) | GRANTED as to first two "Action items"; all text between "Sprint PCS, etc." and "Space Data:". | Discusses Google's business strategy and non-public projects. Bruns Decl. ¶ 16. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 442-36 Ex. #79 | Exhibit 79 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 442-38 Ex. #80 | 7/2/2008 Ingersoll email (GOOG-SD-00146295) | GRANTED as to entire document. | Discusses Google's business strategy and non-public projects. Bruns Decl. ¶ 16. |
| 443-2 Ex. #81 | 7/7/2008 Ingersoll email (GOOG-SD-00146315) | GRANTED as to entire document. | Discusses Google's business strategy and non-public projects. Bruns Decl. ¶ 16. |
| 443-4 Ex. #82 | Exhibit 82 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 443-6 Ex. #83 | Excerpts from 5/22/2018 Ingersoll Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Refers to Google's non-public projects. Bruns Decl. ¶ 8. |
| 443-8 Ex. #84 | Excerpt from X Project List (GOOG-SD-00292312) | GRANTED as to entire document. | Refers to Google's non-public projects. Bruns Decl. ¶ 16. |
| 443-10 Ex. #85 | 11/14/2010 Thrun email (GOOG-SD-00288344) | GRANTED as to entire document. | Discusses Google's business strategy. Bruns Decl. ¶ 16. |
| 443-12 Ex. #86 | 8/4/2011 Thrun email (GOOG-SD-00288350-55) | GRANTED as to entirety of first page except for large text at bottom. | Discusses Google's business strategy. Bruns Decl. ¶ 16. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 443-14 Ex. #87 | 2/15/2011 Medin email (GOOG-SD-00158033) | GRANTED as to entire document. | Discusses Google's business strategy and non-public |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | | | projects.  Bruns Decl. ¶ 16. |
| 443-16 Ex. #88 | Excerpts of 6/19/2017 DeVaul Depo. Tr. | GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Discusses confidential development of Loon. Bruns Decl. ¶ 12.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 443-18 Ex. #90 | Exhibit 90 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 443-20 Ex. #91 | Exhibit 91 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 443-22 Ex. #92 | Cover page and spreadsheet (GOOG-SD-00085581) | GRANTED as to the entire document. | Concerns confidential development of Loon. Bruns Decl. ¶ 15. |
| 443-24 Ex. #93 | Excerpts of 6/19/2018 Candido 30(b)(6) Depo. Tr. | GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Discusses confidential development of Loon. Bruns Decl. ¶ 13.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 443-26 Ex. #94 | Exhibit 94 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 443-28 Ex. #95 | Excerpts of 7/19/2017 DeVaul Depo. Tr. | GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Discusses confidential development of Loon. Bruns Decl. ¶ 12.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 443-30 Ex. #96 | Exhibit 96 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 443-32 Ex. #97 | 8/11/2011 McCloskey email (GOOG-SD-00158436-37; second document in the exhibit) | GRANTED as to text after "2008 interaction was." and before "Larry Alder can"; Text after "away from them." and before "My conclusions from"; three-word parenthetical at the end of bullet number 4.<br><br>DENIED as to the remainder. | Refers to Google's non-public projects, business strategy. Bruns Decl. ¶ 16.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 443-32 Ex. #97 | 8/12/2011 DeVaul email (GOOG-SD-00158438-40) | GRANTED as to top email in this thread: entire body of the message; Second email in this thread: Text after "2008 interaction was." and before "Larry Alder can"; Text after "away from them." and before "My conclusions from"; three-word parenthetical at the end of bullet number 4.<br><br>DENIED as to the remainder. | Refers to Google's non-public projects, business strategy. Bruns Decl. ¶ 16.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 443-32 Ex. #97 | 8/12/2011 Gossett email (GOOG-SD-00288357-58) | GRANTED as to entire document. | Discusses confidential technical details. Bruns Decl. ¶ 15. |
| 443-32 Ex. #97 | 8/15/2011 Alder email (GOOG-SD-00158441-43) | GRANTED as to top email in this tread: entire body of message; Second email in this thread: entire body of message; Third email in this thread: Text after "2008 interaction was." and before "Larry Alder can"; Text after "away from them." and before "My conclusions from"; three-word parenthetical at the end of | Refers to Google's non-public projects, business strategy. Bruns Decl. ¶ 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | | bullet number 4. | |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 443-32 Ex. #97 | 8/16/2011 DeVaul email (GOOG-SD-00158444-47) | GRANTED as to top email in this thread: entire body of message; Second email in this tread: entire body of message; Third email in this thread: entire body of message; Fourth email in this thread: Text after "2008 interaction was." and before "Larry Alder can"; Text after "away from them." and before "My conclusions from"; three-word parenthetical at the end of bullet number 4. | Refers to Google's non-public projects, business strategy.  Bruns Decl. ¶ 16. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 443-32 Ex. #97 | 8/18/2011 Alder email (GOOG-SD-00158448-51) | GRANTED as to top email in this thread: entire body of message; Second email in this tread: entire body of message; Third email in this thread: entire body of message; Fourth email in this thread: entire body of message; Fifth email in this thread: Text after "2008 interaction was." and before "Larry Alder can"; Text after "away from them." and before "My conclusions from"; three-word parenthetical at the end of bullet number 4. | Refers to Google's non-public projects, business strategy.  Bruns Decl. ¶ 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 443-32 Ex. #97 | 10/3/2011 Ingersoll email (GOOG-SD-00146533) | GRANTED as to text after "sounds very promising" and before "I suggest that we"; URL. | Reveals Loon's method of analyzing market and business (Same document as Exs. 97 & 108). Bruns Decl. ¶ 16. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 443-34 Ex. #98 | McCloskey's "Google Resume" (GOOG-SD-00222827, 35-36) | GRANTED as to entire document. | Refers to Google's non-public projects. Bruns Decl. ¶ 16. |
| 443-36 Ex. #99 | Excerpts from 5/11/2018 McCloskey Depo. Tr. | GRANTED as to 217:9 (text before "and generally"). | Refers to Google's non-public projects. Bruns Decl. ¶ 14. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 443-38 Ex. #100 | 10/3/2011 Ingersoll email (GOOG-SD-00146533) | GRANTED as to text after "sounds very promising" and before "I suggest that we"; URL. | Reveals Loon's method of analyzing market and business (Same document as Exs. 97 and 108). Bruns Decl. ¶ 16. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 444-1 Ex. #101 | Exhibit 101 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 444-3 Ex. #102 | Exhibit 102 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 444-5 Ex. #103 | Presentation (GOOG-SD-00146875-87) | GRANTED as to entire document. | Contains Google's confidential technical details, business strategy. Bruns Decl. ¶¶ 15, 16. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 444-7 Ex. #104 | Exhibit 104 to Space Data's opposition brief. | GRANTED as to the green and yellow highlighted portions.<br><br>DENIED as to the remainder. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 7.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 444-9 Ex. #105 | Excerpts from 7/19/2017 DeVaul Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Discusses confidential development of Loon. Bruns Decl. ¶ 12. |
| 444-11 Ex. #106 | Excerpts from 7/19/2017 DeVaul Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Discusses confidential development of Loon. Bruns Decl. ¶ 12. |
| 444-13 Ex. #107 | 9/27/2011 Ingersoll email (GOOG-SD-00146531) | GRANTED as to entire document. | Discusses confidential development of Loon. Bruns Decl. ¶ 15. |
| 444-15 Ex. #108 | 10/3/2011 Ingersoll email (GOOG-SD-00146533) | GRANTED as to text after "sounds very promising" and before "I suggest that we"; URL.<br><br>DENIED as to the remainder. | Reveals Loon's method of analyzing market and business (Same as Exs. 97 and 100). Bruns Decl. ¶ 16.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 444-17 Ex. #109 | Cover page and spreadsheet (GOOG-SD-00146534) | GRANTED as to entire document. | Contains Google's confidential technical details. Bruns Decl. ¶ 15. |
| 444-19 Ex. #110 | Excerpts from 6/7/2018 Pearson Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 10. |
| 444-21 Ex. #111 | Google's Amended Supplemental Response to Plaintiff's Interrogatory No. 29 | GRANTED as to 2:3-7; 2:20-24; 3:2-6; 3:10-4:3; 4:5.<br><br>DENIED as to the remainder. | Contains confidential access logs. Bruns Decl. ¶ 23.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 444-23 Ex. #112 | 2/19/2015 Erickson email (GOOG-SD-00193883) | GRANTED as to entire document. | Discusses confidential technical details; Bruns Decl. ¶ 15. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 444-23 Ex. #112 | 5/5/2014 email (GOOG-SD-00178837) | GRANTED as to text under the heading "Optical communications" both times it appears; text after "Miscellaneous. Update" and before "-Ed."<br><br>DENIED as to the remainder. | Discusses confidential technical details; Bruns Decl. ¶ 15.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 444-25 Ex. #113 | Space Data wiki (GOOG-SD-00081024-26) | GRANTED as to entire document. | Contains Google's confidential business strategy (same document as in Exs. 55 & 113). Bruns Decl. ¶ 16. |
| 444-27 Ex. #114 | 2/12/2008 Ingersoll email (GOOG-SD-00157387) | GRANTED as to text after "(3) Potential uses" and before "I'm going to schedule."<br><br>GRANTED as to yellow highlighted portions.<br><br>DENIED as to the remainder. | Contains Google's confidential business strategy. Bruns Decl. ¶ 16.<br><br>Contains Space Data's proprietary technological information and competitive cost data. Ritchie Decl. ¶ 8.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 444-27 Ex. #114 | 2/21/2008 Ingersoll email (GOOG-SD-00146089) | GRANTED as to URL; all text after Space Data bullet points.<br><br>DENIED as to the remainder. | Discusses Google's business strategy. Bruns Decl. ¶ 16.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 444-29 Ex. #126 | Exhibit 126 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 444-31 Ex. #131 | Exhibit 131 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 7. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 444-33 Ex. #132 | Exhibit 132 to Space Data's opposition brief. | GRANTED as to yellow highlighted portions. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 444-35 Ex. #133 | Exhibit 133 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 7. |
| 444-37 Ex. #134 | Exhibit 134 to Space Data's opposition brief. | GRANTED as to green and yellow highlighted portions. DENIED as to the remainder. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. Google, the designating party, does not seek to seal the remainder. |
| 453-1 Ex. #135 | Exhibit 135 to Space Data's opposition brief. | GRANTED as to the highlighted portions. DENIED as to the remainder. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. Google, the designating party, does not seek to seal the remainder. |
| 444-39 Ex. #138 | Exhibit 138 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 453-3 Ex. #139 | 12/5/2007 Sacca email (GOOG-SD-00144572) | GRANTED as to entire document. | Contains Google's confidential business strategy. Bruns Decl. ¶ 16. |
| 453-3 Ex. #139 | 12/13/2007 Ingersoll email (GOOG-SD-00144695-97) | GRANTED as to text after "Alder: Double-check" and before "Minnie (and team)"; text after "Space Data!" on GOOG-SD-00144695 and before "Space Data" on GOOG-SD-00144697. DENIED as to the remainder. | Refers to Google's non-public projects. Bruns Decl. ¶ 16. Google, the designating party, does not seek to seal the remainder. |
| 453-3 Ex. #139 | 1/23/2008 Pearson email (GOOG-SD-00145312) | GRANTED as to entire document. | Contains Google's confidential business strategy. Bruns Decl. ¶ 10. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 444-41 Ex. #140 | Excerpts from 5/22/2018 Ingersoll Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 8. |
| 445-1 Ex. #141 | Excerpts from 5/18/2018 Alder Deposition | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 9. |
| 445-1 Ex. #141 | Excerpts from 7/23/2018 Brin Depo. Tr. | GRANTED as to yellow highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 11. |
| 445-1 Ex. #141 | Excerpts from 6/1/2018 Conrad Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 9. |
| 445-1 Ex. #141 | Excerpts from 5/22/2018 Ingersoll Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 9. |
| 445-1 Ex. #141 | Excerpts from 5/11/2018 McCloskey Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 14. |
| 445-1 Ex. #141 | Excerpts of 6/27/2018 Page Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 11. |
| 445-1 Ex. #141 | Excerpts from 6/7/2018 Pearson Depo. Tr. | GRANTED as to yellow and green highlighted portions. | Contains Google's confidential business strategy. Bruns Decl. ¶ 10. |
| 445-3 Ex. #142 | 12/14/2007 Weisenberg email (GOOG-SD-00144803) | GRANTED as to signature block on GOOG-SD-00144804.<br><br>GRANTED as to yellow and green highlighted portions.<br><br>DENIED as to the remainder. | Contains personal employee contact information. Bruns Decl. ¶ 22.<br><br>Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 7.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 445-3 Ex. #142 | 12/14/2007 Weisenberg email attaching SDC financials (GOOG-SD-00144725) | GRANTED as to signature block on GOOG-SD-00144726. | Contains personal employee contact information. Bruns Decl. ¶ 22. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | | GRANTED as to yellow and green highlighted portions. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 7. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 453-5 Ex. #144 | Exhibit 144 to Space Data's opposition brief. | GRANTED as to yellow and green highlighted portions. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 445-5 Ex. #145 | Exhibit 145 to Space Data's opposition brief. | GRANTED as to all pictures but the last picture. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| | | DENIED as to the last picture. | Neither party seeks to seal the last picture. |
| 445-7 Ex. #146 | Exhibit 146 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 445-9 Ex. #147 | "The Deal with Photon Harvesting" (GOOG-SD-00293210) | GRANTED as to entire document. | Discusses confidential technical details; Bruns Decl. ¶ 15. |
| 445-11 Ex. #148 | "The Deal with Photon Harvesting" (GOOG-SD-00293196) | GRANTED as to entire document. | Discusses confidential technical details; Bruns Decl. ¶ 15. |
| 445-13 Ex. #149 | Exhibit 149 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 454-2 Ex. #150 | Photos of Loon payload (SD_826618; SD_826920; SD_826628; SD_826629) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 15. |
| 445-15 Ex. #151 | Schematic of communications node; photos of same (GOOG-SD-00063365; | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 15. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | SD_826515; SD_826549; SD_826553; SD_826487; GOOG-SD-00062577) | | |
| 445-17 Ex. #152 | Exhibit 152 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 445-19 Ex. #153 | Exhibit 153 to Space Data's opposition brief. | GRANTED as to entire document. | Contains Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| 445-21 Ex. #154 | Project Daedalus flight log (GOOG-SD-00067410) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 15. |
| 445-23 Ex. #155 | Screenshots; Loon Power Consumption details (GOOG-SD-00295967; GOOG-SD-00295974; GOOG-SD-00295972; GOOG-SD-00002915) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 15. |
| 445-25 Ex. #156 | Screenshots; Training presentation (GOOG-SD-00295971; GOOG-SD-00138074) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 15. |
| 445-27 Ex. #157 | Loon incident report (GOOG-SD-00209393) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 15. |
| 445-29 Ex. #158 | Hansman Rebuttal Report | GRANTED as to ¶¶ 343, 345.<br><br>DENIED as to the remainder. | Contains confidential technical details, business strategy. Bruns Decl. ¶ 17.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 445-31 Ex. #159 | Exhibit 159 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 445-33 Ex. #160 | Exhibit 160 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---------|------------------------|--------|-----------|
| | | | this document. |
| 446-1 Ex. #161 | Exhibit 161 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 446-3 Ex. #162 | Hansman Rebuttal Report | GRANTED as to ¶¶ 10, 341-59, 362, 367, 381. | Contains Google's confidential technical details, business strategy. Bruns Decl. ¶ 17. |
| | | GRANTED as to highlighted portions. | Discusses Space Data's purported trade secrets. Ritchie Decl. ¶ 6. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 446-5 Ex. #165 | Exhibit 165 to Space Data's opposition brief. | GRANTED as to highlighted portions. | Discusses Space Data's purported trade secrets. Ritchie Decl. ¶ 7. |
| | | DENIED as to the remainder. | Google, the designating party, does not seek to seal the remainder. |
| 446-7 Ex. #167 | Exhibit 167 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 446-9 Ex. #170 | Exhibit 170 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 446-11 Ex. #172 | Exhibit 172 to Space Data's opposition brief. | DENIED. | Google, the designating party, does not seek to seal this document. |
| 447-1 Ex. #176 | Joint letter brief re: motion to strike Pullen | GRANTED as to yellow highlighted portions. | Contains confidential technical details (previously ordered sealed, *see* Dkt. No. 391). Bruns Decl. ¶ 18. |
| 447-3 Ex. #177 | Order Granting in part and Denying in part Google's Motion to Strike; Order Granting | GRANTED as to yellow highlighted portions. | Contains confidential technical details; Bruns Decl. ¶ 18. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| | Google's Administrative Motions to Seal | | |
| 452-24 Ex. #180 | Exhibit 180 to Space Data's opposition brief. | DENIED. | This document was filed publicly, *see* ECF 452-24, and Google, the designating party, does not seek to seal this document. |
| 447-5 Ex. #181 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-7 Ex. #183 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document except ¶ 304.<br><br>DENIED as to ¶ 304. | Contains confidential technical details; Bruns Decl. ¶ 7.<br><br>Google, the designating party, does not seek to seal ¶ 304. |
| 447-9 Ex. #186 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document except ¶ 304.<br><br>DENIED as to ¶ 304. | Contains confidential technical details; Bruns Decl. ¶ 7.<br><br>Google, the designating party, does not seek to seal ¶ 304. |
| 453-7 Ex. #188 | Excerpt from Appendix A to Pullen Report | GRANTED as to the entire document except ¶¶ 283-86, 290.<br><br>DENIED as to ¶¶ 283-86, 290. | Contains confidential technical details; Bruns Decl. ¶ 7.<br><br>Google, the designating party, does not seek to seal ¶¶ 283-86, 290. |
| 447-11 Ex. #189 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-11 Ex. #189 | "Field guide" memo (GOOG-SD-0135538) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-13 Ex. #190 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---------|------------------------|--------|-----------|
| 453-9 Ex. #191 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-15 Ex. #192 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-15 Ex. #192 | Presentation (GOOG-SD-00072281) | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶¶ 7, 15. |
| 447-17 Ex. #193 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-17 Ex. #193 | Excerpts from 6/19/2018 Candido 30(b)(6) Depo. Tr. | Yellow and green highlighted portions | Contains confidential technical details; Bruns Decl. ¶ 20. |
| 453-11 Ex. #195 | Excerpt from Appendix A to Pullen Report | GRANTED as to entire document. | Contains confidential technical details; Bruns Decl. ¶ 7. |
| 447-19 Ex. #196 | Excerpts of 5/24/2018 Cassidy Depo. Tr. | GRANTED as to testimony on page 30.<br><br>DENIED as to the remainder. | Contains confidential technical details; Bruns Decl. ¶ 13.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 447-19 Ex. #196 | Excerpts of 6/19/2017 DeVaul Depo. Tr. | GRANTED as to testimony on pages 110-12.<br><br>DENIED as to the remainder. | Contains confidential technical details; Bruns Decl. ¶ 12.<br><br>Google, the designating party, does not seek to seal the remainder. |
| 447-19 Ex. #196 | Nov. 29 Presentation (GOOG-SD-00003687) | GRANTED as to entire document. | Contains confidential technical details and business strategy; Bruns Decl. ¶ 15. |
| 447-21 Ex. #197 | Project Loon Q1 18 Discussion | GRANTED as to entire document. | Contains confidential financial information; Bruns Decl. ¶ 21. |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 447-21 Ex. #197 | Loon Historical P&L | GRANTED as to entire document. | Contains confidential financial information; Bruns Decl. ¶ 21. |

**C.    ECF 466 (Defendants' motion re Reply brief and exhibits)**

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 466-4 | Google's Reply in Support of its Motion for Summary Judgment | GRANTED as to 1:10-11, 1:14-15, 1:22, 2:12-26, 9:22, 10:1-5, 10:7, 12:19-20, 15:17-21. | Contains Defendants' confidential information related to the details about the design and operation of Loon's navigational systems, as well as confidential information about Google's business development, practices, and strategy.  Yaghmour Decl. ¶ 8, ECF 466-1. |
| | | GRANTED as to 13:5-6, 14:21-23. | Discusses Space Data's proprietary information, including purported trade secrets.  Knoblach Decl. ¶¶ 5, 6, ECF 472-2. |
| 466-6 | **Exhibit 200** to the Declaration of Matthew M. Werdegar in support of Defendants' Reply in Support of it Motion for Summary Judgment ("Werdegar Decl.") (Excerpts from Ex. A to Pullen Opening Rpt.) | GRANTED as to ¶¶ 306, 308-310. | Contains Defendants' confidential information related to the details about the design and operation of Loon's navigational systems. Yaghmour Decl. ¶ 9.  Disclosure of this information may have significant negative effects on Defendants' business.  *Id.* |
| 466-7 | **Exhibit 202** to Werdegar Decl. (Excel spreadsheet) | GRANTED as to entire document. | Contains Defendants' confidential information related to Loon's technical development, as well as confidential information about Google's business development, practices, and strategy, and references to the methods Google's X uses to select projects for development.  Yaghmour Decl. ¶ 10.  Disclosure of this information may have significant negative effects on Defendants' business.  *Id.* |

| ECF No. | Document to be Sealed: | Result | Reasoning |
|---|---|---|---|
| 466-8 | **Exhibit 203** to Werdegar Decl. (Screenshot from Excel spreadsheet) | GRANTED as to entire document. | Contains Defendants' confidential information related to Loon's technical development, as well as confidential information about Google's business development, practices, and strategy, and references to the methods Google's X uses to select projects for development. Yaghmour Decl. ¶ 11. Disclosure of this information may have significant negative effects on Defendants' business. *Id.* |
| 466-9 | **Exhibit 205** to Werdegar Decl. (Document titled "The Deal with Photon Harvesting") | GRANTED as to entire document. | Contains Defendants' confidential information related to Loon's technical development. Yaghmour Decl. ¶ 12. Disclosure of this information may have significant negative effects on Defendants' business. *Id.* |
| 466-11 | **Exhibit 206** to Werdegar Decl. (Excerpts of the Expert Report of Christine S. Meyer, Ph.D.) | GRANTED as to highlighted portions of ¶¶ 51, 52, 218, 219. | Contains Defendants' confidential information related to Loon's technical development, as well as confidential information about Google's business development, practices, and strategy, and references to the methods Google's X uses to select projects for development. Yaghmour Decl. ¶ 13. |
| | | GRANTED as to the portions of this document outlined by Space Data in red at ECF 472-1. | Discusses Space Data's proprietary information, including purported trade secrets. Knoblach Decl. ¶ 5. |
| | | DENIED as to the remainder. | Space Data, the designating party, does not seek to seal the remainder of this document. |

### III.   CONCLUSION

For the foregoing reasons, the sealing motions at ECF 415, 416, 439, and 466 are GRANTED IN PART, DENIED IN PART with prejudice, and DENIED IN PART without prejudice.  For any document that has been denied sealing without prejudice, the designating party may renew its request for sealing by submitting more narrowly tailored redactions and supporting declaration(s).  Any renewed request must be filed **on or before May 14, 2019**.  If no renewed request is filed by that date, the sealing request will be denied with prejudice.

For any request that has been denied with prejudice and the properly unredacted or lesser redacted document consistent with this order has not been filed, the submitting party must file the unredacted (or lesser redacted) documents into the public record **no earlier than 4 days and no later than 10 days from the filing of this order**.  Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: April 30, 2019

BETH LABSON FREEMAN
United States District Judge