# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>ALPHABET INC., et al.,<br><br>  Defendants. | Case No. 16-cv-03260-BLF<br><br>**ORDER RE: REDACTION OF ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Re: ECF 524] |

The Court's Order on Defendants' Motion for Summary Judgment (ECF 524) has been filed provisionally under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties shall meet and confer no later than May 28, 2019 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on May 28, 2019, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: May 9, 2019

_____
BETH LABSON FREEMAN
United States District Judge