KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>            Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**NOTICE OF FILING OF REDACTED VERSIONS OF DOCUMENTS PREVIOUSLY FILED PROVISIONALLY UNDER SEAL**<br><br>Dept:       Courtroom 3 – Fifth Floor<br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

In accordance with this Court's May 30, 2019 Order Re: the Parties' *Daubert* Sealing Motions, Dkt. No. 543, this Notice hereby attaches the following documents:

- **Exhibit A:** Redacted Excerpts of the Meyer Report, Ex. 1 to Werdegar Declaration in support of Google's Motion to Exclude Expert Testimony ("Werdegar Decl."), Dkt. No. 482-5
- **Exhibit B:** Redacted Excerpts of the Addendum to the Meyer Report, Ex. 2 to Werdegar Decl., Dkt. No. 482-6
- **Exhibit C:** Redacted Excerpts of the Dec. 2018 Deposition of Christine Meyer, Ex. 4 to Werdegar Decl., Dkt. No. 482-8
- **Exhibit D:** Redacted Space Data's Amended Response to Google's Interrogatory No. 8, Ex. 7 to Werdegar Decl., Dkt. No. 482-10
- **Exhibit E:** Unredacted Excerpts of Opening Pullen Report, Ex. 9 to Werdegar Decl., Dkt. No. 482-12
- **Exhibit F:** Redacted Excerpts to Appendix A to Pullen Report, Ex. 10 to Werdegar Decl., Dkt. No. 482-13
- **Exhibit G:** Redacted Google's Opp. to Space Data's *Daubert* Motion, Dkt. No. 497-4
- **Exhibit H:** Redacted Excerpts of the Meyer Report, Ex. 4 to Kamber Declaration in support of Google's Opposition ("Kamber Decl."), Dkt. No. 497-5
- **Exhibit I:** Redacted Space Data's Amended Responses to Google's Interrogatories 14 and 21, Ex. 6 to Kamber Decl., Dkt. No. 497-8
- **Exhibit J:** Redacted Space Data's Amended responses to Google's Interrogatories 1, 6, and 7, Ex. 11 to Kamber Decl., Dkt. No. 497-10
- **Exhibit K:** Redacted Space Data PLR 3-8 Disclosure, Ex. 12 to Kamber Decl., Dkt. No. 497-11

//

//

//

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | KEKER, VAN NEST & PETERS LLP |
| Dated: June 7, 2019      By: | */s/ Matthew M. Werdegar* |
|   | ROBERT A. VAN NEST |
|   | MATTHEW M. WERDEGAR |
|   | EUGENE M. PAIGE |
|   | MATTHIAS A. KAMBER |
|   | RYAN K. WONG |
|   | LEAH PRANSKY |
|   | SHAYNE HENRY |
|   | ANDREW S. BRUNS |
|   | Attorneys for Defendants ALPHABET INC., GOOGLE LLC, and LOON LLC |