# EXHIBIT 31

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**CERTIFIED COPY**

```
1                UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4                          ---oOo---

5

   SPACE DATA CORPORATION,           )
6                                    )
              Plaintiff,             )
7                                    )
   vs.                               )
8                                    ) Case No.
   ALPHABET, INC., and GOOGLE,       ) 5:16-cv-03260-BLF
9  LLC,                              ) (NC)
                                     )
10           Defendants.             )
                                     )
11 _____ )

12

13

14

15       ***CONFIDENTIAL - ATTORNEYS' EYES ONLY***

16         VIDEOTAPED DEPOSITION OF ASTRO TELLER

17                    June 13, 2018

18

19

20

21

22

23

24  JUVILYNN T. ARBUTHNOT, CSR No. 13817.
    439158
25
```

**BARKLEY**
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles        (415) 433-5777 San Francisco    (949) 955-0400 Irvine           (858) 455-5444 San Diego
(310) 207-8000 Century City       (408) 885-0550 San Jose         (760) 322-2240 Palm Springs     (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento         (800) 222-1231 Martinez         (702) 366-0500 Las Vegas        (800) 222-1231 Monterey
(951) 686-0606 Riverside          (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson        (516) 277-9494 Garden City
(212) 808-8500 New York City      (347) 821-4611 Brooklyn         (518) 490-1910 Albany           (914) 510-9110 White Plains
(312) 379-5566 Chicago            00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai         001+1+800 222 1231 Hong Kong

1    A    Yes.
2    Q    All right, sir.  And you've been involved in the
3    Loon project from its earliest days in 2011, have you
4    not?
12:05   5    A    Yes.
6    Q    [redacted]
7    [redacted]
8    [redacted]
9    [redacted]
...
16   [redacted]
17   [redacted]
18   [redacted]



ASTRO TELLER - ATTORNEYS' EYES ONLY

BARKLEY Court Reporters



ASTRO TELLER - ATTORNEYS' EYES ONLY



ASTRO TELLER - ATTORNEYS' EYES ONLY

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA      )
                              ) ss.
 3   COUNTY OF MARIN          )
 4
 5
 6         I, JUVILYNN T. ARBUTHNOT, hereby certify:
 7         I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number 13817 issued by the Court Reporters
10   Board of California and which is in full force and
11   effect.  (Fed. R. Civ. P. 28(a)).
12         I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ. P.
16   28(a), 30(f)(1)).
17         I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22         I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25   of the testimony given by the witness.  (Fed. R. Civ. P.
```

145

1  30(f)(1)).

2          Before the completion of the deposition, review
3  of the transcript [XX] was [  ] was not requested.  If
4  requested, any changes made by the deponent (and provided
5  to the reporter) during the period allowed, are appended
6  hereto.  (Fed. R. Civ. P. 30(e)).
7  Dated: June 29, 2018.

_____

146