# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No. 16-cv-03260-BLF<br><br>**ORDER STAYING ACTION AS TO '706 PATENT; RESETTING BENCH TRIAL ON MAY 4, 2020**<br><br>[Re: ECF 590, 591] |

At the Court's request, the parties submitted their respective positions on whether the bench trial on the '706 patent should be scheduled after the Patent Trial and Appeal Board ("PTAB") issues its Final Written Decision on validity of the asserted claims of the '706 patent. *See* ECF 590, 591. Having reviewed the parties submissions, the Court hereby STAYS this action as to the '706 patent pending the PTAB's issuance of its Final Written Decision on the '706 patent. The stay shall expire upon issuance of the Final Written Decision. The parties shall notify the Court within seven days of issuance. Space Data's request to sever the '706 patent is denied.

The bench trial on the '706 patent is hereby RESET to begin on May 4, 2020. The final pretrial conference is set on April 16, 2020, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 27, 2019

_____
BETH LABSON FREEMAN
United States District Judge