# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>    Defendants. | Case No.  16-cv-03260-BLF<br><br>**ORDER RE DECLARATION IN SUPPORT OF SEALING MOTION**<br><br>[Re: ECF 581] |

Plaintiff's sealing motion at ECF 581 identifies Defendants ("Google") as the designating party of certain documents submitted under seal.  *See generally* Proposed Order, ECF 581-2.  The deadline for Google to file a declaration in support of sealing these documents has passed, and the Court is unable to identify any such submission.  However, if Google does in fact seek to seal any of the documents identified in Plaintiff's sealing motion at ECF 581, Google may submit a declaration in support, **no later than July 10, 2019**.

**IT IS SO ORDERED.**

Dated: July 8, 2019

_____
BETH LABSON FREEMAN
United States District Judge