# EXHIBIT B-2

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - #84065
rvannest@keker.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@keker.com
EUGENE M. PAIGE - #202849
epaige@keker.com
MATTHIAS A. KAMBER - #232147
mkamber@keker.com
RYAN K. WONG - #267189
rwong@keker.com
LEAH PRANSKY - #302246
lpransky@keker.com
SHAYNE HENRY - #300188
shenry@keker.com
ANDREW S. BRUNS - #315040
abruns@keker.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone: 415.391.5400
Facsimile:  415.397.7188
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendants*
*ALPHABET INC., and GOOGLE LLC, and LOON LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC<br><br>　　　　Defendants. | Case No. 5:16-cv-03260-BLF (NC)<br><br>**DEFENDANTS' PROPOSED JUROR QUESTIONNAIRE**<br><br>Pre-Trial Conf.: July 19, 2019<br>Time: 9:00 a.m.<br>Judge:  Hon. Beth Labson Freeman<br>Trial Date:  August 5, 2019<br>Courtroom: 3, Fifth Floor |

# Juror Questionnaire
## Northern District of California, San Jose Division

      Thank you for coming to court as a potential juror. In order to select a jury, the judge and the people involved in the case need to know something about you to select jurors who can be fair to both sides.

      You are hereby **ordered** not to discuss this case with anyone; do not allow anyone to discuss the case with you. The only information you may tell anyone is that you are in a jury pool for a trial and the time requirements of that trial. You are also ordered not to read, listen to, or watch any news, Internet, or other media accounts of this case, past or present. You may not do research about any issues involved in the case. You may not blog, Tweet, or use the Internet to obtain or share information.

      Everyone has attitudes and opinions that are shaped by their life experiences. Sometimes these experiences can make it difficult to look at a certain issue in an unbiased and unemotional way. As a juror, you must return a verdict based on the law and on the facts proved in court, not on emotion or on other views not supported by the evidence.  The judge will give you instructions on the law and on how you should go about deciding the case.  You must listen to and follow the judge's instructions.

      The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case.  The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror.  If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so.

*PLEASE PRINT ALL ANSWERS. IF THERE IS NOT ENOUGH ROOM TO ANSWER COMPLETELY, CONTINUE ON A BLANK PIECE OF PAPER.*

**Juror Number:** _____  **Print All Answers Neatly in the Spaces Provided**

| | |
|---|---|
| 1. **Full Name**: _____<br>2. **Gender**: ☐ Female   ☐ Male<br>3. **Date and place of birth**: _____  **Age**: _____<br>4. **Your first language, if not English**: _____<br>5. **City and area/neighborhood where you live, and for how long**<br>_____<br>6. **With regard to your home, do you:**<br>☐ Own   ☐ Rent   ☐ Live with others but do not pay rent | 7. **Highest** level of education you have **completed**:<br>☐ Grade _____          ☐ Associate of Arts degree<br>☐ High School/GED        ☐ Bachelor's degree<br>☐ Some college classes   ☐ Master's degree<br>☐ Technical/Vocational   ☐ Doctorate, M.D., or J.D.<br>Major(s): _____<br>Licenses/certifications: _____<br>_____ |
| 8. **Current employment status (check all that apply):**<br>☐ Employed full-time   ☐ Employed part-time   ☐ Self-Employed<br>☐ Unemployed           ☐ Full-time student     ☐ Disabled<br>☐ Homemaker            ☐ Retired since (year: _____ ) | 9. **Current marital status (Check all that apply):**<br>☐ Single, never married                ☐ Engaged<br>☐ Married ( \_\_\_\_ years )             ☐ Partnered ( \_\_\_\_ years )<br>☐ Divorced/Separated ( \_\_\_\_ years )  ☐ Widowed ( \_\_\_\_ years ) |
| 10. Your current (or, if unemployed or retired, your most recent):<br>**Occupation**: _____<br>**Employer**: _____<br>**For how long?** _____<br>**Do you currently manage or supervise others at this job?** ☐ Yes   ☐ No<br>**If yes, how many people do you currently manage or supervise?** _____<br>**Does your job require you to be closely involved with or handle company trade secrets or confidential information?** ☐ Yes   ☐ No | 11. Your spouse's/significant other's current (or most recent):<br>**Occupation**: _____<br>**Employer**: _____<br>**For how long?** _____<br>_____ |
| 12. Please list the previous **three** jobs you have had (prior to your current job), including employer, dates of employment, and a description of your job responsibilities.  Please also state: (1) how long you held the position, (2) whether you managed or supervised anyone, and (3) whether the job required you to be closely involved with or handle company trade secrets or confidential information. | 13. Have you or someone close to you ever worked for Alphabet Inc. or its subsidiaries, including Google LLC or Loon LLC?<br>☐ Yes   ☐ No<br>**If yes, please explain:**<br><br><br><br><br><br><br>**If yes, how would you/they describe the experience?**<br>☐ Positive   ☐ Neutral   ☐ Negative |

| | |
|---|---|
| **14. Do you have any strong positive or negative opinions about Google LLC as a company or its senior executives, products or services?**<br>☐ Yes  ☐ No<br><br>**If yes, please explain:** | **15. Have you, any member of your family, or anyone close to you ever had a business relationship with Space Data Corporation or Google LLC?**<br>☐ Yes  ☐ No<br><br>**If yes, please explain:** |

**16. Do you or a family member or close friend have any training or experience in any of the following (Check all that apply):**

☐ Law or the Courts
☐ Contracts
☐ Trade Secrets
☐ Patents
☐ Licensing
☐ High-Altitude Balloon Technology
☐ Internet Operations
☐ Satellite or Wireless Technologies
☐ Networking Technologies and Equipment
☐ Computer Products
☐ Information Technology
☐ Rural/Remote Data Communications

☐ Accounting or Finance
☐ Financial or Business Analysis or Modeling
☐ Acquisitions or Mergers
☐ Dispute Resolution or Mediation
☐ Engineering
☐ Aeronautical or Astronautical Engineering
☐ Stratospheric Winds
☐ Meteorology or Weather
☐ Thermal Management
☐ Altitude Control and Monitoring Systems
☐ Non-Disclosure Agreements

**If yes to any, please explain:**

**17. Have you or someone close to you ever (Answer each one):**

| | | |
|---|---|---|
| a. | Been involved in a lawsuit as a party or witness? | ☐ Yes  ☐ No |
| b. | Been involved specifically in an intellectual property suit, *e.g.* patents, trade secrets, trademarks, or copyrights? | ☐ Yes  ☐ No |
| c. | Been involved with due diligence of a company for investment or acquisition? | ☐ Yes  ☐ No |
| d. | Been involved in a dispute over a contract? | ☐ Yes  ☐ No |
| e. | Been a victim of fraud? | ☐ Yes  ☐ No |
| f. | Been in a situation where somebody else stole an original work of authorship, or a product, process, or idea that you (or someone close to you) had developed? | ☐ Yes  ☐ No |
| g. | Been accused of stealing an original work of authorship, or a product, process, or idea? | ☐ Yes  ☐ No |
| h. | Been involved in a dispute involving a Non-Disclosure Agreement? | ☐ Yes  ☐ No |
| i. | Been involved in a dispute over alleged misappropriation of trade secrets? | ☐ Yes  ☐ No |
| j. | Worked for a company that was involved in a dispute about its trade secrets or confidential information? | ☐ Yes  ☐ No |
| k. | Owned stock in Alphabet Inc.? | ☐ Yes  ☐ No |

**If yes to any, please explain:**

| | |
|---|---|
| **18. Have you previously served as a trial juror or as a grand juror?**<br>☐ Yes (When? _____)   ☐ No<br>**If yes**:<br>Was that service: ☐ Civil, _____ times     ☐ Criminal, _____ times<br>Did all of the juries reach a verdict? ☐ Yes ☐ No<br>Were you ever the foreperson? ☐ Yes, _____ times   ☐ No<br>How would you describe your jury service?<br>☐ Positive   ☐ Negative   ☐ Mixed/Both positive and negative<br>**Please explain and identify the nature of the case (e.g., robbery, personal injury, etc.)**: | **19. Do you have any physical problems (vision, hearing, or other medical problems) that might affect your ability to serve as a juror?**<br>☐ Yes   ☐ No<br>**If yes, please explain:** |
| **20. Describe any ethical, religious, political, or other beliefs that may affect your jury service or prevent you from serving as a juror (and whether you hold any offices or leadership roles in affiliated groups/organizations):** | **21. Do you know anyone on this jury panel?**<br>☐ Yes   ☐ No   **If yes, who?** |

| | |
|---|---|
| **22.** **Have you ever heard of "Loon" or "Project Loon"?**<br>☐ Yes   ☐ No   If yes, please explain:<br><br><br><br>**Have you ever heard of "Space Data Corporation" or "Space Data"?**<br>☐ Yes   ☐ No   If yes, please explain: | **23.** **The attorneys may need to ask you follow up questions. Are there any questions that you would prefer to discuss in private?**<br>☐ Yes   ☐ No   If yes, please explain: |
| **24.** **Describe anything not covered by this questionnaire that might affect your ability to be a fair and impartial juror:** ||

Below is a list of people and entities that are in some way connected to this case, whether as parties, possible witnesses or lawyers working on the case. If you know or have any close association with any of these individuals and/or entities (such as a business relationship or social connection), please indicate this by placing a checkmark next to that individual or entity's name.

| Parties to the Lawsuit | Possible Witnesses | |
|---|---|---|
| Space Data Corporation | Larry Alder | John Hansman |
| Alphabet Inc. | Bruce Barkley | Dan Ingberman |
| Google LLC | Gary Barta | Minnie Ingersoll |
| Loon LLC | Cliff Biffle | Gerald Knoblach |
| **Lawyers Associated with the Lawsuit** | Anne Bray | James Knoblach |
| Hosie Rice LLP (Representing plaintiff Space Data Corporation) | Sergey Brin | Daniel McCloskey |
| | Kyle Brookes | William McCulloughChristine Meyer |
| Spencer Hosie | Sal Candido | Larry Page |
| Diane Rice | John Carlin | Mike Pearson |
| Brandon Martin | Daniel Conrad | Dan Piponi |
| Darrell Atkinson | David Coombs | George Ritchie |
| Francesa Germinario | Chad DeMeese | Chris Sacca |
| | Richard DeVaul | Astro Teller |
| Keker Van Nest & Peters LLP (Representing defendants Alphabet Inc., Google LLC and Loon LLC) | Paul Frey | Jerry Quenneville |
| | Eric Frische | Josh Weaver |
| | Andy Germer | Alastair Westgarth |
| Robert Van Nest | Arthur Giannetti | Jim Wiesenberg |
| Christa Anderson | Mauro Goncalves | David Wu |
| Matthew Werdegar | | |
| Eugene Paige | | |
| Matthias Kamber | | |
| Ryan Wong | | |
| Thomas Gorman | | |
| Leah Pransky | | |
| Shayne Henry | | |
| Andrew Bruns | | |
| Bevan Dowd | | |
| Victor H. Yu | | |
| | | |
| In-house lawyers for defendants Alphabet Inc., Google LLC or Loon LLC | | |
| Chester Day | | |
| Rosa Yaghmour | | |

If you checked any of the above names, please explain your relationship to each name you have checked:
_____
_____
_____

*I swear that all the foregoing is true and correct.*
SIGNATURE AND DATE:

_____

Dated: July 8, 2019						Respectfully submitted,

							*/s/ Robert A. Van Nest*_____
							Robert A. Van Nest

							Attorneys for Defendants
							*ALPHABET INC., GOOGLE LLC, and LOON LLC*