# EXHIBIT E-1

HOSIE RICE LLP
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No.
269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON
(CA Bar No. 280564)
datkinson@hosielaw.com
FRANCESCA M. S. GERMINARIO
(CA Bar No. 326208)
fgerminario@hosielaw.com
600 Montgomery Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 247-6000
Facsimile    (415) 247-6001

*Attorneys for Plaintiff*
*SPACE DATA CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON, LLC<br><br>            Defendants. | Case No. 5:16-cv-03260-BLF (NC)<br><br>**SPACE DATA CORPORATION'S [PROPOSED] VERDICT FORM**<br><br>Pre-Trial Conf: August 2, 2019<br>Time: 9:00 a.m.<br>Courtroom:  3, Fifth Floor<br>Judge: Hon. Beth Labson Freeman |

When answering the following questions and filling out this Special Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.  In answering this Special Verdict Form, please refer to the claimed Trade Secrets that are referenced in Trial Exhibit 3389.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### SECTION I: BREACH OF CONTRACT ("NDA")

1.      Did Space Data prove that Space Data and Google entered into a contract (the NDA)?

\_\_\_\_ Yes                    \_\_\_\_ No

If your answer to Question 1 is yes, then go to question 2.

If your answer to Question 1 is no, answer no further questions, and skip ahead to Question 7.

2.      Did Space Data prove that Space Data did all, or substantially all, of the significant things that the NDA required Space Data to do?

\_\_\_\_ Yes                    \_\_\_\_ No

3.      Did Space Data prove that Defendants breached the NDA?

\_\_\_\_ Yes                    \_\_\_\_ No

4.      Was Space Data harmed or were Defendants unjustly enriched by Defendants' breach of the NDA?

\_\_\_\_ Yes                    \_\_\_\_ No

5.      What are Space Data's breach of contract damages?

$_____

6.      Do you elect to award prejudgment interest to Space Data?

\_\_\_\_ Yes                    \_\_\_\_ No

## SECTION II: MISAPPROPRIATION OF TRADE SECRETS

### A.   Misappropriation Claim Pursuant to the California Uniform Trade Secrets Act (CUTSA).

7.   Separate as to each claimed Trade Secret, do you find that Defendants misappropriated Space Data's Trade Secrets in violation of the California Trade Secrets Act (CUTSA).  Answer "Yes" or "No."

WIND DATA                                              _____

THERMAL MANAGEMENT                    _____

NETWORK OPERATIONS CONTROL OR "NOC"    _____

FINANCIAL INFORMATION                    _____

*If you have answered "Yes" in Question No. 7 for at least one claimed Trade Secret, continue to the next three questions.  Otherwise, if you have answered "No" for all four Claimed Trade Secrets for Question 1, then skip ahead to Question No. 11.*

8.   Only with respect to any claimed Trade Secret for which you answered "Yes" in the previous question, state whether or not Space Data has proven that Defendants were unjustly enriched and that Defendants' misappropriation was a substantial factor in bringing about such unjust enrichment.  If you answer "Yes," then further state the dollar amount by which Space Data has proven that Defendants were unjustly enriched.  If you answer "No," then leave the dollar amount column blank:

|  | UNJUST ENRICHMENT/ SUBSTANTIAL FACTOR? | DOLLAR AMOUNT |
|---|---|---|
| WIND DATA | _____ | _____ |
| THERMAL MANAGEMENT | _____ | _____ |
| NETWORK OPERATIONS CONTROL OR "NOC" | _____ | _____ |
| FINANCIAL INFORMATION | _____ | _____ |

9.      Has Space Data proven that Defendants acted willfully and maliciously with respect to any misappropriation found by you?  If "Yes," state the dollar amount of any exemplary damages you award.

                    YES          NO              AMOUNT

                    ____      ____        $_____

10.     Do you elect to award prejudgment interest to Space Data?

                    YES          NO

                    ____      ____

**B.      Misappropriation Claim Pursuant to the Defend Trade Secrets Act (DTSA).**

11.     Separate as to each claimed Trade Secret, do you find that Defendants misappropriated Space Data's trade secrets in violation of the Federal Defend Trade Secrets Act ("DTSA").  Answer "Yes" or "No."

WIND DATA                                  _____

THERMAL MANAGEMENT              _____

NETWORK OPERATIONS CONTROL OR "NOC"   _____

FINANCIAL INFORMATION       `          _____

*If you have answered "Yes" in Question No. 11 for at least one claimed Trade Secret, continue to the next three questions.  Otherwise, if you have answered "No" for all four Claimed Trade Secrets for Question 11, then you are done with this Verdict Form.*

12.     Only with respect to any claimed Trade Secret for which you answered "Yes" in the previous question, state whether or not Space Data has proven that Defendants were unjustly enriched and that Defendants' misappropriation was a substantial factor in bringing about such unjust enrichment.  If you answer "Yes," then further state the dollar amount by which Space Data has proven that Defendants were unjustly enriched.  If you answer "No,"

then leave the dollar amount column blank:

|  | UNJUST ENRICHMENT/ SUBSTANTIAL FACTOR? | DOLLAR AMOUNT |
|---|---|---|
| WIND DATA | _____ | _____ |
| THERMAL MANAGEMENT | _____ | _____ |
| NETWOR OPERATIONS CONTROL OR "NOC" | _____ | _____ |
| FINANCIAL INFORMATION | _____ | _____ |

13.   Has Space Data proven that Defendants acted willfully and maliciously with respect to any misappropriation found by you?  If "Yes," state the dollar amount of any exemplary damages you award.

YES         NO         AMOUNT

____       ____       $_____

14.   Do you elect to award prejudgment interest to Space Data?

YES         NO

____       ____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Marshall that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: _____, 2019         By:_____
                                                              Presiding Juror

Dated: July 9, 2019                    Respectfully submitted,


                                       /s/ Spencer Hosie
                                       Spencer Hosie

                                       Attorneys for Plaintiff and Counterclaim Defendant
                                       *SPACE DATA CORPORATION*