# EXHIBIT E-2

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
EUGENE M. PAIGE - # 202849
epaige@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
LEAH PRANSKY - # 302246
lpransky@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
ANDREW S. BRUNS - # 315040
abruns@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>　　　　Defendants. | Case No. 5:16-cv-03260-BLF<br><br>**DEFENDANTS' PROPOSED VERDICT FORM**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

　　When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

**YOUR ANSWERS MUST BE UNANIMOUS**

## Breach of Contract

1. Has Space Data proven that it followed the procedures in Section 2 of the Mutual Confidentiality and Nondisclosure Agreement ("NDA") to appropriately identify the following Asserted Trade Secrets ("ATS")[1] as "Confidential Information"?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | ____ | ____ | ATS 12: | ____ | ____ |
| ATS 2: | ____ | ____ | ATS 13: | ____ | ____ |
| ATS 3: | ____ | ____ | ATS 14: | ____ | ____ |
| ATS 4: | ____ | ____ | ATS 15: | ____ | ____ |
| ATS 5: | ____ | ____ | ATS 16: | ____ | ____ |
| ATS 6: | ____ | ____ | ATS 17: | ____ | ____ |
| ATS 7: | ____ | ____ | ATS 18: | ____ | ____ |
| ATS 8: | ____ | ____ | ATS 19: | ____ | ____ |
| ATS 9: | ____ | ____ | ATS 20: | ____ | ____ |
| ATS 10: | ____ | ____ | ATS 21: | ____ | ____ |
| ATS 11: | ____ | ____ | ATS 22: | ____ | ____ |

**If you answered "YES" as to any Asserted Trade Secret in Question 1, please answer Question 2.**

**If you answered "NO" as to every Asserted Trade Secret in Question 1, please go to the end of this verdict form and sign and date it.**

---

[1] For a full description of each Asserted Trade Secret ("ATS"), please reference the List of Space Data's Asserted Trade Secrets provided with the Jury Instructions.

2. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 1, has Space Data proven that Google used that Asserted Trade Secret in violation of the NDA?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | ___ | ___ | ATS 12: | ___ | ___ |
| ATS 2: | ___ | ___ | ATS 13: | ___ | ___ |
| ATS 3: | ___ | ___ | ATS 14: | ___ | ___ |
| ATS 4: | ___ | ___ | ATS 15: | ___ | ___ |
| ATS 5: | ___ | ___ | ATS 16: | ___ | ___ |
| ATS 6: | ___ | ___ | ATS 17: | ___ | ___ |
| ATS 7: | ___ | ___ | ATS 18: | ___ | ___ |
| ATS 8: | ___ | ___ | ATS 19: | ___ | ___ |
| ATS 9: | ___ | ___ | ATS 20: | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21: | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22: | ___ | ___ |

**If you answered "YES" as to any Asserted Trade Secret in Question 2, please answer Question 3.**

**If you answered "NO" as to every Asserted Trade Secret in Question 2, please go to the end of this verdict form and sign and date it.**

3. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 2, has Space Data proven that Google's use of that Asserted Trade Secret in violation of the NDA was a substantial factor in causing Space Data harm?

|         | YES | NO |         | YES | NO |
|---------|-----|----|---------|-----|----|
| ATS 1:  | ___ | ___ | ATS 12: | ___ | ___ |
| ATS 2:  | ___ | ___ | ATS 13: | ___ | ___ |
| ATS 3:  | ___ | ___ | ATS 14: | ___ | ___ |
| ATS 4:  | ___ | ___ | ATS 15: | ___ | ___ |
| ATS 5:  | ___ | ___ | ATS 16: | ___ | ___ |
| ATS 6:  | ___ | ___ | ATS 17: | ___ | ___ |
| ATS 7:  | ___ | ___ | ATS 18: | ___ | ___ |
| ATS 8:  | ___ | ___ | ATS 19: | ___ | ___ |
| ATS 9:  | ___ | ___ | ATS 20: | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21: | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22: | ___ | ___ |

**Please go to Question 4.**

**Misappropriation of Trade Secrets**

4. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 1, has Space Data proven that the Asserted Trade Secret qualifies as a trade secret under California law (*i.e.*, the California Uniform Trade Secrets Act)?

|        | YES | NO |        | YES | NO |
|--------|-----|----|--------|-----|----|
| ATS 1: | ___ | ___ | ATS 12: | ___ | ___ |
| ATS 2: | ___ | ___ | ATS 13: | ___ | ___ |
| ATS 3: | ___ | ___ | ATS 14: | ___ | ___ |
| ATS 4: | ___ | ___ | ATS 15: | ___ | ___ |
| ATS 5: | ___ | ___ | ATS 16: | ___ | ___ |
| ATS 6: | ___ | ___ | ATS 17: | ___ | ___ |
| ATS 7: | ___ | ___ | ATS 18: | ___ | ___ |
| ATS 8: | ___ | ___ | ATS 19: | ___ | ___ |
| ATS 9: | ___ | ___ | ATS 20: | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21: | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22: | ___ | ___ |

**Please go to Question 5.**

5.  Only with respect to the Asserted Trade Secrets for which you answered "YES" in Question 4, has Google proven that the Asserted Trade Secret is readily ascertainable through proper means under California law?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | ___ | ___ | ATS 12: | ___ | ___ |
| ATS 2: | ___ | ___ | ATS 13: | ___ | ___ |
| ATS 3: | ___ | ___ | ATS 14: | ___ | ___ |
| ATS 4: | ___ | ___ | ATS 15: | ___ | ___ |
| ATS 5: | ___ | ___ | ATS 16: | ___ | ___ |
| ATS 6: | ___ | ___ | ATS 17: | ___ | ___ |
| ATS 7: | ___ | ___ | ATS 18: | ___ | ___ |
| ATS 8: | ___ | ___ | ATS 19: | ___ | ___ |
| ATS 9: | ___ | ___ | ATS 20: | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21: | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22: | ___ | ___ |

**Please go to Question 6.**

6. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 1, has Space Data proven that the Asserted Trade Secret qualifies as a trade secret under federal law (*i.e.*, the Defend Trade Secrets Act)?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | ____ | ____ | ATS 12: | ____ | ____ |
| ATS 2: | ____ | ____ | ATS 13: | ____ | ____ |
| ATS 3: | ____ | ____ | ATS 14: | ____ | ____ |
| ATS 4: | ____ | ____ | ATS 15: | ____ | ____ |
| ATS 5: | ____ | ____ | ATS 16: | ____ | ____ |
| ATS 6: | ____ | ____ | ATS 17: | ____ | ____ |
| ATS 7: | ____ | ____ | ATS 18: | ____ | ____ |
| ATS 8: | ____ | ____ | ATS 19: | ____ | ____ |
| ATS 9: | ____ | ____ | ATS 20: | ____ | ____ |
| ATS 10: | ____ | ____ | ATS 21: | ____ | ____ |
| ATS 11: | ____ | ____ | ATS 22: | ____ | ____ |

**If you answered "YES" as to any Asserted Trade Secret in Questions 4 or 6, please answer Question 7.**

**If you answered "YES" as to any Asserted Trade Secret in Question 3, but answered "NO" as to every Asserted Trade Secret in Questions 4 and 6, please go to Question 11.**

**If you answered "NO" as to every Asserted Trade Secret in Questions 3, 4, and 6, please go to the end of this verdict form and sign and date it.**

7. Only with respect to any Asserted Trade Secret for which you answered "YES" in Questions 4 or 6, and excluding any Asserted Trade Secrets for which you answered "YES" in Question 5, has Space Data proven that Google misappropriated the Asserted Trade Secret through improper use?

|         | YES | NO  |          | YES | NO  |
|---------|-----|-----|----------|-----|-----|
| ATS 1:  | ___ | ___ | ATS 12:  | ___ | ___ |
| ATS 2:  | ___ | ___ | ATS 13:  | ___ | ___ |
| ATS 3:  | ___ | ___ | ATS 14:  | ___ | ___ |
| ATS 4:  | ___ | ___ | ATS 15:  | ___ | ___ |
| ATS 5:  | ___ | ___ | ATS 16:  | ___ | ___ |
| ATS 6:  | ___ | ___ | ATS 17:  | ___ | ___ |
| ATS 7:  | ___ | ___ | ATS 18:  | ___ | ___ |
| ATS 8:  | ___ | ___ | ATS 19:  | ___ | ___ |
| ATS 9:  | ___ | ___ | ATS 20:  | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21:  | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22:  | ___ | ___ |

**If you answered "YES" as to any Asserted Trade Secret in Question 7, please answer Question 8.**

**If you answered "NO" as to every Asserted Trade Secret in Question 7, but answered "YES" as to any Asserted Trade Secret in Question 3, please go to Question 11.**

**If you answered "NO" as to every Asserted Trade Secret in Questions 3 and 7, please go to the end of this verdict form and sign and date it.**

8. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 7, has Space Data proven that at least one instance of Google's misappropriation of the Asserted Trade Secret through improper use occurred on or after May 11, 2016?

|         | YES | NO  |         | YES | NO  |
|---------|-----|-----|---------|-----|-----|
| ATS 1:  | ___ | ___ | ATS 12: | ___ | ___ |
| ATS 2:  | ___ | ___ | ATS 13: | ___ | ___ |
| ATS 3:  | ___ | ___ | ATS 14: | ___ | ___ |
| ATS 4:  | ___ | ___ | ATS 15: | ___ | ___ |
| ATS 5:  | ___ | ___ | ATS 16: | ___ | ___ |
| ATS 6:  | ___ | ___ | ATS 17: | ___ | ___ |
| ATS 7:  | ___ | ___ | ATS 18: | ___ | ___ |
| ATS 8:  | ___ | ___ | ATS 19: | ___ | ___ |
| ATS 9:  | ___ | ___ | ATS 20: | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21: | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22: | ___ | ___ |

**Please go to Question 9.**

9. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 7, has Space Data proven that Google's misappropriation of the Asserted Trade Secret through improper use occurred within three (3) years of the date that Space Data first disclosed that Asserted Trade Secret to Google?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| ATS 1: | ____ | ____ | ATS 12: | ____ | ____ |
| ATS 2: | ____ | ____ | ATS 13: | ____ | ____ |
| ATS 3: | ____ | ____ | ATS 14: | ____ | ____ |
| ATS 4: | ____ | ____ | ATS 15: | ____ | ____ |
| ATS 5: | ____ | ____ | ATS 16: | ____ | ____ |
| ATS 6: | ____ | ____ | ATS 17: | ____ | ____ |
| ATS 7: | ____ | ____ | ATS 18: | ____ | ____ |
| ATS 8: | ____ | ____ | ATS 19: | ____ | ____ |
| ATS 9: | ____ | ____ | ATS 20: | ____ | ____ |
| ATS 10: | ____ | ____ | ATS 21: | ____ | ____ |
| ATS 11: | ____ | ____ | ATS 22: | ____ | ____ |

**If you answered "YES" as to any Asserted Trade Secret in Question 9, please answer Question 10.**

**If you answered "NO" as to every Asserted Trade Secret in Question 9, but answered "YES" as to any Asserted Trade Secret in Question 3, please go to Question 11.**

**If you answered "NO" as to every Asserted Trade Secret in Questions 3 and 9, please go to the end of this verdict form and sign and date it.**

10. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 9, has Space Data proven that Google's misappropriation of the Asserted Trade Secret through improper use was a substantial factor in causing Google to be unjustly enriched?

|         | YES | NO |         | YES | NO |
|---------|-----|-----|---------|-----|-----|
| ATS 1:  | ___ | ___ | ATS 12: | ___ | ___ |
| ATS 2:  | ___ | ___ | ATS 13: | ___ | ___ |
| ATS 3:  | ___ | ___ | ATS 14: | ___ | ___ |
| ATS 4:  | ___ | ___ | ATS 15: | ___ | ___ |
| ATS 5:  | ___ | ___ | ATS 16: | ___ | ___ |
| ATS 6:  | ___ | ___ | ATS 17: | ___ | ___ |
| ATS 7:  | ___ | ___ | ATS 18: | ___ | ___ |
| ATS 8:  | ___ | ___ | ATS 19: | ___ | ___ |
| ATS 9:  | ___ | ___ | ATS 20: | ___ | ___ |
| ATS 10: | ___ | ___ | ATS 21: | ___ | ___ |
| ATS 11: | ___ | ___ | ATS 22: | ___ | ___ |

**If you answered "YES" as to any Asserted Trade Secret in Questions 3 or 10, please answer Question 11.**

**If you answered "NO" as to every Asserted Trade Secret in Questions 3 and 10, please go to the end of this verdict form and sign and date it.**

11. Only with respect to any Asserted Trade Secret for which you answered "YES" in Question 3 or in Question 10, state the amount of damages Space Data is entitled to recover for Space Data's harm or Google's unjust enrichment:

| | | | |
|---|---|---|---|
| ATS 1: | _____ | ATS 12: | _____ |
| ATS 2: | _____ | ATS 13: | _____ |
| ATS 3: | _____ | ATS 14: | _____ |
| ATS 4: | _____ | ATS 15: | _____ |
| ATS 5: | _____ | ATS 16: | _____ |
| ATS 6: | _____ | ATS 17: | _____ |
| ATS 7: | _____ | ATS 18: | _____ |
| ATS 8: | _____ | ATS 19: | _____ |
| ATS 9: | _____ | ATS 20: | _____ |
| ATS 10: | _____ | ATS 21: | _____ |
| ATS 11: | _____ | ATS 22: | _____ |

TOTAL   _____

**PLEASE SIGN AND DATE BELOW.**

_____                                    **Date:_____**

**Presiding Juror**