# EXHIBIT 1

**CERTIFIED COPY**

```
1        IN THE UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4                ---o0o---

5


6   SPACE DATA CORPORATION,        )
                                   )
7                  Plaintiff,      )
                                   )
8        vs.                       )    Case No.
                                   )    5:16-cv-03260
9   ALPHABET, INC., and GOOGLE,    )    -BLF
10  INC.,                          )
                                   )
11                 Defendants.     )
                                   )
12

13


14  HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

15    VIDEOTAPED DEPOSITION OF SERGEY BRIN

16            JULY 23, 2018

17

18

19

20

21

22

23

24  BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
    440544
25
```

**BARKLEY**
*Court Reporters*
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine    (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose    (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento    (800) 222-1231 Martinez    (702) 366-0500 Las Vegas    (800) 222-1231 Monterey
(951) 686-0606 Riverside    (818) 702-0202 Woodland Hills    (702) 366-0500 Henderson    (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn    (518) 490-1910 Albany    (914) 510-9110 White Plains
(312) 379-5566 Chicago    00+1+800 222 1231 Paris    00+1+800 222 1231 Dubai    001+1+800 222 1231 Hong Kong

1       IN THE UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4               ---o0o---

5

6

SPACE DATA CORPORATION,          )
7                                )
                  Plaintiff,     )
8                                )
        vs.                      )   Case No.
9                                )   5:16-cv-03260
ALPHABET, INC., and GOOGLE,      )   -BLF
10 INC.,                         )
                                 )
11                Defendants.    )
                                 )
12

13

14

               ---o0o---
15
          MONDAY, JULY 23, 2018
16
    VIDEOTAPED DEPOSITION OF SERGEY BRIN
17
HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
18
               ---o0o---
19

20

21

22

23

24
REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
25

                        2

BARKLEY
Court Reporters

1    building.

2         Q.   It was in 2010.

3         A.   Yeah.

4              MR. VAN NEST:  Anyway, it is up to your

02:29:25  5   recollection where you sat.

6              THE WITNESS:  Okay.  Sorry.  No, I don't

7    remember where I sat.

8         Q.   BY MR. HOSIE:  Do you recall that you

9    would chat with DeVaul about balloon technology as

02:29:33 10   he was working on that from 2011 forward?

11        A.   I mean, I met with Loon folks many times.

12   I don't remember.

13        Q.   So Mr. Brin, our trial is set for August

14   of next year.  Do I have your commitment that you

02:29:44 15   will come and talk to the jury if we ask you to?

16             MR. VAN NEST:  I'll object to the

17   question.  Don't answer it.  That's a question he

18   can ask me.  He doesn't need to ask you.

19             MR. HOSIE:  I did, and you said he would

02:29:53 20   be available at trial.

21             MR. VAN NEST:  I said you could subpoena

22   him.  I will discuss his availability later,

23   Counsel, but please don't waste time asking the

24   witness that question.

25             MR. HOSIE:  All right.  I am going to end

SERGEY BRIN - HIGHLY CONF., AEO

BARKLEY
Court Reporters

1    this now on the assumption that we will have you

2    for trial.

3              MR. VAN NEST:  Don't make any assumptions,

4    Counsel.  Don't make any assumptions.  Any

02:30:10  5    questions you want to ask Mr. Brin, you should ask

6    now.

7              MR. HOSIE:  We will have him served with a

8    trial subpoena next week.  Off the record.

9              MR. VAN NEST:  So stay on the record.

02:30:19 10    I'll accept the subpoena.  As I said, I'll accept

11    the subpoena from you.

12              MR. HOSIE:  You did say that.

13              Mr. Brin, that's lawyer stuff, but we are

14    done.  I thank you for your courtesy and patience.

02:30:26 15              MR. VAN NEST:  Thank you.

16              MR. HOSIE:  Off the record.

17              THE VIDEOGRAPHER:  This is the end of Disc

18    No. 1, Volume I, and concludes the deposition of

19    Sergey Brin.  The time is 2:30 p.m. on July 23rd,

20    2018, and we are off the record.

21                   (Whereupon the proceedings were

22                    concluded at 2:30 p.m.)

23                        ---o0o---

24

25

67

BARKLEY
Court Reporters

```
 1            DEPOSITION OFFICER'S CERTIFICATE

 2  STATE OF CALIFORNIA      )
                             ) ss.
 3  COUNTY OF SAN FRANCISCO )

 4

 5

 6          I, Balinda Dunlap, hereby certify:

 7          I am a duly qualified Certified Shorthand

 8  Reporter in the State of California, holder of

 9  Certificate Number CSR 10710 issued by the Certified Court

10  Reporters' Board of California and which is in full

11  force and effect.  (Fed. R. Civ. P. 28(a)(1)).

12          I am authorized to administer oaths or

13  affirmations pursuant to California Code of Civil

14  Procedure, Section 2093(b) and prior to being examined,

15  the witness was first duly sworn by me.  (Fed. R. Civ.

16  P. 28(a)(a)).

17          I am not a relative or employee or attorney or

18  counsel of any of the parties, nor am I a relative or

19  employee of such attorney or counsel, nor am I

20  financially interested in this action.  (Fed. R. Civ. P.

21  28).

22          I am the deposition officer that

23  stenographically recorded the testimony in the foregoing

24  deposition and the foregoing transcript is a true record

25                        / / /
```

69

BARKLEY
Court Reporters

1   of the testimony given by the witness.  (Fed. R. Civ. P.

2   30(f)(1)).

3          Before completion of the deposition, review of

4   the transcript [XX] was [  ] was not requested.  If

5   requested, any changes made by the deponent (and

6   provided to the reporter) during the period allowed, are

7   appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9   Dated: July 27, 2018

10

11          _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

70

BARKLEY
Court Reporters