| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>MATTHEW M. WERDEGAR - # 200470<br>mwerdegar@keker.com<br>EUGENE M. PAIGE - # 202849<br>epaige@keker.com<br>MATTHIAS A. KAMBER - # 232147<br>mkamber@keker.com<br>RYAN K. WONG - # 267189<br>rwong@keker.com<br>LEAH PRANSKY - # 302246<br>lpransky@keker.com<br>SHAYNE HENRY - # 300188<br>shenry@keker.com<br>ANDREW S. BRUNS - # 315040<br>abruns@keker.com<br><br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendants<br>ALPHABET INC., GOOGLE LLC, and<br>LOON LLC | HOSIE RICE LLP<br>SPENCER HOSIE - #101777<br>shosie@hosielaw.com<br>DIANE S. RICE - #118303<br>drice@hosielaw.com<br>BRANDON C. MARTIN - #269624<br>bmartin@hosielaw.com<br>DARRELL R. ATKINSON - #280564<br>datkinson@hosielaw.com<br>FRANCESCA M. S. GERMINARIO -#326208<br>600 Montgomery Street, 34th Floor<br>San Francisco, California 94111<br>Telephone:   415 247 6000<br>Facsimile    415 247 6001<br>Attorneys for Plaintiff<br>SPACE DATA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC<br><br>　　　　　　Defendants. | Case No. 5:16-cv-03260-BLF (NC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENAS**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: June 13, 2016<br><br>Trial Date: August 5, 2019 |

JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON
DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENAS
Case No. 5:16-cv-03260-BLF (NC)

1335191

Pursuant to Civil Local Rule 6-2, Plaintiff Space Data Corporation ("Space Data") and Defendants Alphabet Inc., Google LLC, and Loon LLC (collectively, "Google") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on July 10, 2019, Google informed Space Data that it intended to file a motion to quash the trial subpoenas of Larry Page and Sergey Brin, and asked Space Data whether it would agree to shortened time, such that Google's motion could be heard at the Pretrial Conference, set for July 19, 2019;

WHEREAS, on July 10, 2019, Space Data agreed to the hearing of Google's motion to quash on shortened time;

WHEREAS, Google filed its Motion to Quash Trial Subpoenas (the "Motion") on July 11, 2019 (ECF No. 601);

WHEREAS, the Parties request that the Court hear the Motion at the Pretrial Conference in this matter, set for July 19, 2019;

WHEREAS, Space Data has agreed to file its opposition to the Motion by noon on July 17, 2019;

WHEREAS, Google has agreed to forego a reply brief in support of the Motion;

WHEREAS, this stipulation is accompanied by the attached Declaration of Shayne Henry in Support of the Joint Stipulation and [Proposed] Order Shortening Time on Defendants' Motion to Quash Trial Subpoenas; and

WHEREAS, the stipulated shortening of time would not otherwise affect the schedule for this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, subject to the approval of the Court, that:

1. Space Data will file its opposition to Defendants' Motion to Quash Trial Subpoenas on or before 12:00 p.m. Pacific Time on July 17, 2019;

2. Google will forego a reply brief in support of Defendants' Motion to Quash Trial Subpoenas; and

3. The Parties will be prepared to present argument, should the Court so desire, on

Defendants' Motion to Quash Trial Subpoenas at the Pretrial Conference scheduled for July 19, 2019, or at such other time that the Court prefers to hear the matter.

IT IS SO STIPULATED.

Dated: July 11, 2019　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Shayne Henry*
　　　　　　　　　　　　　　　　　　　　　　SHAYNE HENRY

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　ALPHABET INC., GOOGLE LLC, LOON LLC

Dated: July 11, 2019　　　　　　　　　　　HOSIE RICE LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Darrell R. Atkinson*
　　　　　　　　　　　　　　　　　　　　　　DARRELL R. ATKINSON

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　SPACE DATA CORPORATION

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 11, 2019　　　　　　　　　　*/s/ Shayne Henry*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this _____ day of July, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2
JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON
DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENAS
Case No. 5:16-cv-03260-BLF (NC)

1335191