UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 22, 2019 | **Time:** 9:00 - 11:30<br>**Total Time:** 2 Hrs 30 Mins | **Judge:** BETH LABSON FREEMAN |
|---|---|---|
| **Case No.:** 5:16-cv-03260-BLF | **Case Name:** Space Data Corporation v. Alphabet Inc., et al. | |

**Attorney for Plaintiff:** Spencer Hosie, Darrell Atkinson, Francesca Germinario
**Attorney for Defendant:** Robert Van Nest, Matthew Werdegar, Eugene Paige, Matthias Kamber, Ryan Wong, Leah Pransky, Shayne Henry, Andrew Bruns

**Deputy Clerk:** Tiffany Salinas-Harwell                **Court Reporter:** Lee-Anne Shortridge

### PROCEEDINGS

**Jury Selection/Trial**
- **Neutral Statement of the Case due to the Court by 7/26/2019**
- **Jury Trial Time: 12 Hours each side**
- **Jury Panel Hardships/Questionnaires set for 8/2/2019 at 9:00 a.m.**
  **Jury to be available through: 8/16/2019 – Panel Size: 60 Jurors**
- **Jury Selection/Voir Dire set for 8/5/2019 – Voir Dire: Parties 30 Minutes each side**
  **8 Jurors to be Seated – 3 Peremptory Challenges each side**
- **Opening Statements:  45 Minutes each side – Closing Arguments: 1 Hour each side**

**Motions in Limine**
- **Plaintiff Motions in Limine – Oral Argument held.  Written Order to be issued with rulings stated on the record.**
- **Defendant Motions in Limine – Oral Argument held.  Written Order to be issued with rulings stated on the record.**

**Further Setting**
    **Parties to appear for Jury Instruction Conference 8/2/2019 immediately following Jury Selection/Questionnaires.**

**Exhibits**
    **Parties to meet and confer regarding numbering of exhibits.**
    **Parties to contact Courtroom Deputy to determination Exhibit procedures.**

**Sealed Transcript**
    **Court Ordered Sealed portions of the Pre-Trial Conference Transcript available to the following counsel without written order: Spencer Hosie, Darrell Atkinson, Francesca Germinario, Robert Van Nest, Matthew Werdegar, Eugene Paige, Matthias Kamber.**

///

**Courtroom Deputy**
**Original E-Filed**