UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No. 16-cv-03260-BLF<br><br>**ORDER RE: REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENAS**<br><br>[Re: ECF 627] |

The Court's Order Granting in Part and Denying in Part Defendants' Motion to Quash Trial Subpoenas (ECF 627) has been filed provisionally under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties shall meet and confer no later than July 30, 2019 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on July 30, 2019, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: July 23, 2019

_____
BETH LABSON FREEMAN
United States District Judge