# EXHIBIT B

# EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4    _____

 5    SPACE DATA CORPORATION,        )
                                     )
 6              Plaintiff,           )
                                     )
 7              vs.                  )  Case No.:
                                     )  5:16-cv-03260-BLF
 8    ALPHABET INC., and GOOGLE      )
      LLC,                           )
 9                                   )
                Defendants.          )
10    _____)

11

12        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14    VIDEOTAPED 30(b)(6) DEPOSITION OF GERALD MARK KNOBLACH

15               San Francisco, California

16               Wednesday, July 11, 2018

17                     Volume I

18

19

20    Reported by:

21    RACHEL FERRIER,

22    CSR No. 6948

23    Job No. 2963534

24

25    PAGES 1 - 244
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | And then kind of on the periphery of the group, | 04:51:27 |
| 2 | because of the space constraints, other people may or | 04:51:30 |
| 3 | may not have been. | 04:51:33 |
| 4 | Q   And how about -- there was a portion of the tour | 04:51:35 |
| 5 | when you were in a conference room and that's when there | 04:51:37 |
| 6 | was Q&A; right? | 04:51:40 |
| 7 | A   Yes. | 04:51:41 |
| 8 | Q   And who was in the conference room from the | 04:51:41 |
| 9 | Space Data side of things? | 04:51:43 |
| 10 | A   Myself, Jim Wiesenberg, Eric Frische, Jerry | 04:51:44 |
| 11 | Quenneville, and probably that's about it, because you | 04:51:49 |
| 12 | add those four people with, I think, the 11 Google | 04:51:58 |
| 13 | people, that's 15 people in the conference room.  Would | 04:52:02 |
| 14 | have been pretty crowded after that. | 04:52:04 |
| 15 | Q   Were there any other portions of the tour -- and | 04:52:06 |
| 16 | we are going to spend more time on the tour tomorrow, | 04:52:15 |
| 17 | but were there any other portions of the tour, other | 04:52:18 |
| 18 | than launching the balloon out in the parking lot, | 04:52:20 |
| 19 | beyond the NOC, the area where the payload was on | 04:52:26 |
| 20 | display, and the conference room portion? | 04:52:29 |
| 21 | A   So the conference room -- we proceeded to this | 04:52:31 |
| 22 | back room where we inflated the balloon for launch.  In | 04:52:38 |
| 23 | that back room, I believe, that time, was the oven we | 04:52:42 |
| 24 | used to cure the balloons and some of the equipment used | 04:52:45 |
| 25 | to launch the balloons. | 04:52:47 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Then we proceeded to the NOC. | 04:52:50 |
| 2 | Then we proceeded to the balloon manufacturing | 04:52:52 |
| 3 | facility, and they would have seen the process by which | 04:52:55 |
| 4 | we manufacture our balloons. | 04:52:58 |
| 5 | Then I believe we proceeded back to the | 04:53:02 |
| 6 | conference room, probably for some lunch, and then, | 04:53:06 |
| 7 | after that, to the manufacturing area to look at the | 04:53:08 |
| 8 | payloads and the details of the payloads. | 04:53:13 |
| 9 | Then my recollection is we went back to the | 04:53:17 |
| 10 | conference room, and that's probably when the Q&A | 04:53:19 |
| 11 | happened. | 04:53:21 |
| 12 | And then, after that, small groups broke up and | 04:53:22 |
| 13 | went to the areas of interest, so I believe another | 04:53:26 |
| 14 | group from Google went back to the NOC for a second | 04:53:28 |
| 15 | time.  I know I, personally, remember going with Larry | 04:53:30 |
| 16 | Page back to the manufacturing area.  There was some | 04:53:33 |
| 17 | test equipment that Google brought along that they | 04:53:39 |
| 18 | wanted to have us potentially fly and test some signal | 04:53:41 |
| 19 | levels from the balloons, so I think a group of | 04:53:44 |
| 20 | engineers broke off in a small group and talked about | 04:53:46 |
| 21 | how to do that in the future. | 04:53:50 |
| 22 | Q    So you weren't personally present for all parts | 04:53:54 |
| 23 | of the entire tour; correct? | 04:53:56 |
| 24 | A    I was not. | 04:53:58 |
| 25 | Q    Okay.  And, by the way, where was the -- I know I | 04:53:58 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | have about five minutes left, so I'm going to try and | 04:54:03 |
| 2 | finish my cast of characters and then we will call it a | 04:54:05 |
| 3 | day. | 04:54:08 |
| 4 | A   Okay. | 04:54:08 |
| 5 | Q   Where -- you mentioned that -- that there was a | 04:54:08 |
| 6 | couple balloons that were launched as part of the | 04:54:13 |
| 7 | tour -- | 04:54:16 |
| 8 | A   Mm-hmm. | 04:54:16 |
| 9 | Q   -- and that those were -- you said they were the | 04:54:16 |
| 10 | SkySat model; correct? | 04:54:19 |
| 11 | A   No. | 04:54:20 |
| 12 | Minnie Ingersoll launched a SkySite Mark 1 | 04:54:20 |
| 13 | 900-megahertz payload.  Larry and Sergey -- Larry Page | 04:54:25 |
| 14 | and Sergey Brin launched a SkySat military, mil., UHF | 04:54:27 |
| 15 | payload. | 04:54:33 |
| 16 | Q   Okay.  And where then did you -- was the -- did | 04:54:33 |
| 17 | you monitor the progress of those balloons from the NOC | 04:54:35 |
| 18 | space after the launch? | 04:54:38 |
| 19 | A   We did. | 04:54:39 |
| 20 | And -- and the purpose -- the purpose of people | 04:54:43 |
| 21 | kind of revisiting it is it takes -- as I've mentioned, | 04:54:46 |
| 22 | balloons rise to a thousand feet per minute, so to get | 04:54:49 |
| 23 | to 60,000 feet takes about than a hour. | 04:54:53 |
| 24 | So my recollection is we -- we arrived -- they | 04:54:56 |
| 25 | went through sort of the sign-in procedure into the | 04:54:57 |

Page 239

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | conference room, and we kind of outlined the agenda, | 04:55:00 |
| 2 | which was kind of:  First, launch the balloons and then | 04:55:04 |
| 3 | do the tour, launch, and then go back; because, by that | 04:55:08 |
| 4 | time, an hour would have elapsed, or more, and you would | 04:55:12 |
| 5 | have been able to see the balloons have leveled off, and | 04:55:14 |
| 6 | then part of that introductionary [sic] comments I made, | 04:55:18 |
| 7 | we also advised everyone that everything they were going | 04:55:20 |
| 8 | to see within the walls of our facility was proprietary | 04:55:23 |
| 9 | and confidential to Space Data and should be treated as | 04:55:26 |
| 10 | such under the NDA we signed with Google. | 04:55:29 |
| 11 | So then we did the launch as quick as we could, | 04:55:31 |
| 12 | toured the facility, went back to the conference room | 04:55:34 |
| 13 | and grabbed some lunch, and then the SkySat mil. UHF was | 04:55:38 |
| 14 | on display in screens of the manufacturing area next to | 04:55:44 |
| 15 | where the payload was displayed, and the SkySite | 04:55:48 |
| 16 | 900-megahertz system that was launched first would have | 04:55:52 |
| 17 | been on a screen in the NOC.  And, at that time, when | 04:55:55 |
| 18 | they went back to the NOC, the balloon would have been, | 04:56:00 |
| 19 | you know, fully leveled off, and they would have seen | 04:56:03 |
| 20 | the entire profile of it going from the ground to its | 04:56:06 |
| 21 | installed location in the sky. | 04:56:09 |
| 22 | Q   Who did you speak with -- you mentioned that | 04:56:10 |
| 23 | you -- you spoke with people to gather their | 04:56:18 |
| 24 | recollections about what happened during the tour. | 04:56:20 |
| 25 | You also mentioned that it -- you didn't do that | 04:56:23 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken before

4     me at the time and place herein set forth; that any

5     witnesses in the foregoing proceedings, prior to

6     testifying, were placed under oath; that a verbatim

7     record of the proceedings was made by me using machine

8     shorthand which was thereafter transcribed under my

9     direction; further, that the foregoing is an accurate

10    transcription thereof.

11         I further certify that I am neither financially

12    interested in the action nor a relative or employee of

13    any attorney or any of the parties.

14         IN WITNESS WHEREOF, I have this date subscribed

15    my name.

16

17    Dated:  July 18, 2018

18

19

20

21

22

23    _____

24         RACHEL FERRIER

25         CSR No. 6948

                                        Page 244

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4    _____

 5   SPACE DATA CORPORATION,          )

 6            Plaintiff,              )

 7            vs.                     )Case No.:

 8   ALPHABET INC., and GOOGLE        )5:16-cv-03260-BLF

 9   LLC,                             )

10            Defendants.             )

     _____)

11

12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14       CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF

15                GERALD MARK KNOBLACH

16              San Francisco, California

17              Thursday, July 12, 2018

18                    Volume 2

19

20

21   Reported by:

22   RACHEL FERRIER, CSR No. 6948

23   Job No. 2963535

24

25   PAGES 245 - 471
```

Page 245

```
 1          So when did the Google group arrive at        11:45:33

 2    Space Data?                                          11:45:36

 3      A    I don't have -- I believe that they would have  11:45:38

 4    arrived around 10:00 a.m.                            11:45:48

 5      Q    Approximately.                                11:45:57

 6      A    More or less.  I don't have a good exact timeline  11:45:57

 7    for that.  I don't think, when they signed into our  11:46:00

 8    sign-in book, that they put a time on their sign-in  11:46:02

 9    time.                                                11:46:07

10          So the overall objective, typically, when we do  11:46:09

11    these tour [sic] was to get them -- I mean, obviously  11:46:12

12    Google has -- was coming -- the stated purpose of the  11:46:18

13    NDA by which they were visiting was to evaluate an   11:46:22

14    acquisition of shares or assets of Space Data.  We had  11:46:26

15    not hosted someone in the company with that type of  11:46:28

16    purpose ever before.  We were under NDA.  We had patents  11:46:31

17    in the U.S. and worldwide.  We had instructed people to  11:46:34

18    be quite open about sharing because Google would get  11:46:38

19    kind of unprecedented access to the facility compared to  11:46:42

20    other people because, one, they might want to buy  11:46:45

21    everything, so they deserved answers to a fairly broad  11:46:50

22    list of questions as opposed to other NDAs when we were  11:46:55

23    partnering on a specific topic.  And, secondly, Google  11:46:58

24    was coming with people of the education level and     11:47:01

25    experience that could actually understand what we were  11:47:05
```

```
 1    "tour."                                              11:50:49

 2         THE WITNESS:  I would have a difficult time     11:50:49

 3    quantifying them and understanding -- I mean, nothing to   11:50:54

 4    the level -- we had never given a tour to the level we   11:51:00

 5    gave to Google, with as much tour, time, and detail.   11:51:03

 6    And although this agenda, you know, has time lines on   11:51:08

 7    it, the tour that day proceeded at Google's pace.  You   11:51:12

 8    know, sort of when they were done asking questions and   11:51:18

 9    inquiring about a certain area they were in, we would   11:51:20

10    move on.  It wasn't like there was a script to it.   11:51:22

11    BY MR. WERDEGAR:                                       11:51:26

12         Q   How many people have you given a tour of the NOC   11:51:27

13    to in your time at Space Data?                         11:51:28

14         A   Like I said, it's difficult to quantify, but I   11:51:33

15    would say -- so if you include the military that showed   11:51:46

16    up, the couple big days of the military, you know, a   11:51:55

17    couple dozen people at least.                          11:52:00

18         Q   What time did the Google group leave on the 15th?   11:52:01

19         A   I recall them leaving around 2:30, 3:00 p.m.   11:52:06

20    probably.                                              11:52:12

21         Q   Okay.  So conference room and introductions was   11:52:12

22    first after checking in.                               11:52:27

23         And then you set out to the -- to do a balloon   11:52:32

24    launch; right?                                         11:52:34

25         A   Conference room, introductions, and a statement   11:52:35
```

Page 328

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken before

4   me at the time and place herein set forth; that any

5   witnesses in the foregoing proceedings, prior to

6   testifying, were placed under oath; that a verbatim

7   record of the proceedings was made by me using machine

8   shorthand which was thereafter transcribed under my

9   direction; further, that the foregoing is an accurate

10  transcription thereof.

11       I further certify that I am neither financially

12  interested in the action nor a relative or employee of

13  any attorney or any of the parties.

14       IN WITNESS WHEREOF, I have this date subscribed

15  my name.

16

17  Dated: July 19, 2018

18

19

20  _____

21                  RACHEL FERRIER

22                  CSR No. 6948

23

24

25

                                        Page 471

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4    _____
                                    )
 5    SPACE DATA CORPORATION,       )
                                    )
 6            Plaintiff,            )
                                    )
 7            vs.                   )Case No.:
                                    )5:16-cv-03260-BLF
 8    ALPHABET INC., and GOOGLE     )
      LLC,                          )
 9                                  )
              Defendants.           )
10    _____)
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14     CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF
15               GERALD MARK KNOBLACH
16             San Francisco, California
17              Monday, July 16, 2018
18                    Volume 3
19
20
21
22    Reported by:
23    RACHEL FERRIER, CSR No. 6948
24    Job No. 2966005
25    PAGES 472 - 688
```

Page 472

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    Mr. Sharma?                                          10:56:27

 2       A   I mean, I would have to go back and -- I assume  10:56:28

 3    that, since it's attached to this e-mail, it's what was  10:56:31

 4    attached to the e-mail.  It looks similar to what we   10:56:34

 5    used to call the 18-page deck, but I think it probably  10:56:38

 6    is more than that one.  I guess it's 18 pages, yeah.   10:56:43

 7       Q   And that -- the deck that's attached here in   10:56:56

 8    Exhibit 1270, this is not a -- this is not a deck that  10:57:00

 9    Space Data considered to be confidential; correct?    10:57:04

10       A   No.  This is a marking [sic] piece we developed  10:57:05

11    to -- as I mentioned in prior testimony last week, we  10:57:08

12    were -- had an outreach program to various bidders in  10:57:12

13    the 700-megahertz auction that was upcoming, trying to  10:57:15

14    market our benefits for teaming with Space Data to    10:57:19

15    participate in that auction and building of the networks  10:57:22

16    after that auction.                                   10:57:25

17       Q   And you didn't have a non-disclosure or        10:57:26

18    confidentiality agreement with Mr. Sharma, did you?   10:57:30

19       A   We did not.                                    10:57:32

20       Q   And you didn't have one with The Wall Street   10:57:33

21    Journal, did you?                                     10:57:36

22       A   We did not.                                    10:57:36

23       Q   Okay.  And what date did Mr. Sharma actually   10:57:36

24    visit Space Data?                                     10:57:40

25       A   I believe he visited on Tuesday, the week before  10:57:44
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the Google visit on Friday, so if Google visited on the | 10:57:53 |
| 2 | 15th of February and that was a Friday, that makes the | 10:57:59 |
| 3 | prior Friday the 8th; right?  8, 7, 6 -- must have been | 10:58:05 |
| 4 | like the 5th, I would guess. | 10:58:13 |
| 5 | Q   So a few days after the e-mail exchange you are | 10:58:14 |
| 6 | having in Exhibit 1270 but before you left for your trip | 10:58:16 |
| 7 | to Alaska you have testified about; correct? | 10:58:20 |
| 8 | A   Correct. | 10:58:22 |
| 9 | Q   Okay.  And roughly -- I won't hold you to the | 10:58:22 |
| 10 | date, but around February 5th, 2008? | 10:58:24 |
| 11 | A   Plus or minus a day probably. | 10:58:26 |
| 12 | Q   Okay.  And when Mr. Sharma visited Space Data, he | 10:58:28 |
| 13 | received a tour of your facilities; correct? | 10:58:35 |
| 14 | A   I mean, he was walked through the facility. | 10:58:37 |
| 15 | I mean, you have to understand, there's a big | 10:58:41 |
| 16 | difference between the level of the tour you have -- I | 10:58:43 |
| 17 | mean, you could say he walked through the NOC and | 10:58:46 |
| 18 | there's lots of screens and a map on the wall.  You can | 10:58:48 |
| 19 | say, well, here's the NOC versus, like, the tour that | 10:58:52 |
| 20 | Google got where you are drilling into every single | 10:58:55 |
| 21 | computer screen and every single tab, and so there's a | 10:58:58 |
| 22 | huge spectrum when you say "tour." | 10:59:01 |
| 23 | I would say that Mr. Sharma got sort of on the | 10:59:04 |
| 24 | light end of the spectrum.  He -- he got taken through | 10:59:06 |
| 25 | the facility quickly. | 10:59:07 |

Page 534

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       Q    Well, how long was he at Space Data that day?    10:59:09

 2       A    I would recall a couple hours because I think    10:59:11

 3   he -- I recall meeting him at the -- the Phoenix airport  10:59:24

 4   in the afternoon and February, so -- so in the winter we  10:59:27

 5   are two hours off the East Coast, so by the time you      10:59:37

 6   catch a morning flight to the East Coast and flight out,  10:59:39

 7   you get in at, like, 2:00ish in the afternoon, and we     10:59:42

 8   came over to the office, and we -- we both picked him up  10:59:47

 9   at the airport, took him to the office, had our           10:59:50

10   meetings, and then dropped him at a Radisson Hotel near   10:59:52

11   I-10, so he would have to go through the time delay of    10:59:57

12   getting a car and returning a car.                        10:59:59

13       Q    Okay.  So he was -- some portion of the afternoon 11:00:01

14   he visited Space Data?                                    11:00:04

15       A    Right.                                           11:00:05

16            So, I mean, just -- I don't recall exactly, but  11:00:06

17   just given when flights, I think, come in from the East   11:00:08

18   Coast, if you take an early morning one, 8:00 -- you      11:00:12

19   know, it's a five-hour flight, and then you got a         11:00:16

20   two-hour time change, so you get in at 2:00 or 3:00 or    11:00:19

21   something, so he's at the office by, you know, 3:30,      11:00:23

22   4:00 o'clock.                                             11:00:27

23       Q    Okay.  So your best estimate is he was on site   11:00:27

24   for about two hours?                                      11:00:30

25       A    I would say somewhere between an hour and two    11:00:31
```

Page 535

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | hours. | 11:00:36 |
| 2 | Q   Okay.  And during that time, he received -- I | 11:00:37 |
| 3 | understand your point that it's not as detailed as you | 11:00:40 |
| 4 | say the Google tour was -- | 11:00:42 |
| 5 | A   Right. | 11:00:44 |
| 6 | Q   -- but he was -- he was in the Network Operation | 11:00:45 |
| 7 | Center, the NOC; correct? | 11:00:48 |
| 8 | A   He -- he was walked through the NOC, yes. | 11:00:49 |
| 9 | Q   Okay.  And was he -- he was in the balloon | 11:00:51 |
| 10 | manufacturing area; correct? | 11:00:53 |
| 11 | A   He was walked through the balloon manufacturing | 11:00:54 |
| 12 | area, yes. | 11:00:57 |
| 13 | Q   And who was doing the walking, by the way? | 11:00:57 |
| 14 | A   Jim Wiesenberg and I. | 11:00:59 |
| 15 | Q   Okay.  And he was in the -- the production area | 11:01:00 |
| 16 | where the payloads are assembled; correct? | 11:01:03 |
| 17 | A   He was in the production area where the payloads | 11:01:05 |
| 18 | were assembled, but I -- I'm not sure if we would have | 11:01:07 |
| 19 | had, like, the payloads all disassembled kind of, you | 11:01:12 |
| 20 | know, lined up on a table like we did for Google. | 11:01:16 |
| 21 | Q   Do you know one way or the other?  Can you -- | 11:01:18 |
| 22 | A   I don't know one way or the other.  Yeah, I don't | 11:01:20 |
| 23 | know one way or the other whether we had actually, like, | 11:01:26 |
| 24 | splayed out a payload to its components for him. | 11:01:28 |
| 25 | Q   Okay.  And he had a camera with him; correct? | 11:01:30 |

Page 536

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Yeah, I remember him commenting kind of that this   11:01:32

 2   was a new thing for him; that, at the time, reporters          11:01:36

 3   had always, I think traditionally, just had a notebook         11:01:39

 4   and taken notes, and he was being asked by his editor to       11:01:43

 5   kind of have some multimedia part of it, so back in            11:01:46

 6   2008, unlike today, most -- most articles did not -- you       11:01:49

 7   know, basically, no articles had a video or pictures,          11:01:55

 8   you know, accompanying them.                                   11:01:58

 9        Q    But in the -- in the new era of media that was       11:01:59

10   emerging in 2008, he had a camera with him, and,               11:02:03

11   ultimately, he prepared both a written article but also        11:02:05

12   there's a video story; correct?                                11:02:10

13        A    Right.                                               11:02:12

14          So, I mean, he had sort of a small digital, you         11:02:13

15   know, point-and-shoot camera of fairly -- probably low         11:02:17

16   resolution for the day, and he -- he took some video           11:02:20

17   that was later posted, and I remember the video actually       11:02:24

18   was posted again on The Wall Street Journal site,              11:02:26

19   because I think at the end of 2008, it was determined to       11:02:29

20   be one of the best videos -- or voted to be one of the         11:02:31

21   best videos of the year, and there was sort of --              11:02:33

22   another replay of it in December.                              11:02:37

23        Q    Do you know what make and model of camera he had     11:02:39

24   with him?                                                      11:02:41

25        A    I do not.                                            11:02:41
```

Page 537

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken before

4    me at the time and place herein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were placed under oath; that a verbatim

7    record of the proceedings was made by me using machine

8    shorthand which was thereafter transcribed under my

9    direction; further, that the foregoing is an accurate

10   transcription thereof.

11         I further certify that I am neither financially

12   interested in the action nor a relative or employee of

13   any attorney or any of the parties.

14         IN WITNESS WHEREOF, I have this date subscribed

15   my name.

16

17   Dated:  July 23, 2018

18

19

20

21

22

23         _____

24              RACHEL FERRIER

25              CSR No. 6948

                                        Page 688