# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>    Defendants. | Case No. 16-cv-03260-BLF<br><br>**ORDER VACATING TRIAL DATES; REQUESTING STATUS REPORT RE SETTLEMENT OR STIPULATED DISMISSAL ON OR BEFORE SEPTEMBER 12, 2019** |

On July 26, 2019, the parties informed the Court that this case has settled. Thus, the Court VACATES the trial dates in the case and REQUESTS a status report re settlement or stipulated dismissal **on or before September 12, 2019**.

**IT IS SO ORDERED.**

Dated: July 29, 2019

_____
BETH LABSON FREEMAN
United States District Judge