SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
FRANCESCA M. S. GERMINARIO (CA Bar No. 326208)
fgerminario@hosielaw.com
**HOSIE RICE LLP**
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*SPACE DATA CORPORATION*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALPHABET INC., GOOGLE LLC, and LOON LLC <br><br> Defendants. | Case No. 5:16-cv-03260-BLF (NC) <br><br> **NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT** <br><br> Judge: Hon. Beth Labson Freeman <br> Trial Date: August 5, 2019 <br> Courtroom: 3, Fifth Floor |

Pursuant to General Order No. 59, notice is hereby given that Plaintiff Space Data Corporation ("Space Data") intends to move the Court for limited redaction of portions of the Sealed Transcript of Proceedings (ECF No. 621) ("Transcript"). The hearing occurred on July 19, 2019, and was reported by Court Reporter/Transcriber Lee-Anne Shortridge. Space Data intends to narrowly request redaction of information that is designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order (ECF No. 171) governing this case.

Dated: July 29, 2019      HOSIE RICE LLP


*/s/ Francesca Miki Shima Germinario*
Francesca Miki Shima Germinario

Attorneys for Plaintiff
*SPACE DATA CORPORATION.*