AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Space Data Corporation | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 5:16-cv-3260-BLF (NC) |
| Alphabet Inc., Google LLC, and Loon LLC | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Space Data Corporation                                                                                                   .

Date:  08/02/2019                                   /s/ Eric C. Liebeler
                                                        *Attorney's signature*

                                                        Eric C. Liebeler, CA Bar No. 149504
                                                        *Printed name and bar number*

                                                        Stinson LLP
                                                        1775 Pennsylvania Avenue, NW, Suite 800
                                                        Washington, DC 20006
                                                        *Address*

                                                        eric.liebeler@stinson.com
                                                        *E-mail address*

                                                        (202) 728-3006
                                                        *Telephone number*

                                                        (202) 572-9973
                                                        *FAX number*