SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
FRANCESCA M. S. GERMINARIO (CA Bar No. 326208)
fgerminario@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., GOOGLE LLC, and LOON LLC,<br><br>Defendants. | Case No. 5:16-cv-03260-BLF (NC)<br><br>**NOTICE OF CHANGE IN COUNSEL FOR SPACE DATA CORPORATION AND [PROPOSED] ORDER**<br><br>Courtroom:  3, Fifth Floor<br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed:  June 13, 2016<br>Trial Date:   None set |

**PURSUANT TO CIVIL LOCAL RULE 5-1(C)(2)(C), PLEASE TAKE NOTICE OF THE FOLLOWING CHANGE IN COUNSEL FOR PLAINTIFF SPACE DATA CORPORATION:**

Hosie Rice LLP, and Hosie Rice LLP attorneys Spencer Hosie, Diane S. Rice, Brandon C. Martin, Darrell R. Atkinson and Francesca M.S. Germinario, 600 Montgomery Street, 34th Floor, San Francisco, CA 94111, telephone number (415) 247-6000, facsimile (415) 247-6001, cease to be involved with this case.

Eric C. Liebeler of Stinson LLP entered an appearance as counsel for Plaintiff Space Data Corporation on August 2, 2019.  *See* ECF 642.  All pleadings, orders, and notices should henceforth be served upon Eric C. Liebeler, 1775 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20006, telephone number (202) 728-3006, facsimile (202) 572-9973, email eric.liebeler@stinson.com.

Defendants were notified that Hosie Rice LLP would seek leave to be relieved as counsel in this case on August 6, 2019.

Dated:  August 7, 2019                                               HOSIE RICE LLP


                                                                                   By: */s/ Spencer Hosie*
                                                                                   SPENCER HOSIE

I consent to the above change in counsel.


Dated:  August 7, 2019                                               STINSON LLP


                                                                                   By: */s/ Eric C. Liebeler*
                                                                                   ERIC C. LIEBELER
                                                                                   Attorneys for Plaintiff Space Data
                                                                                   Corporation

I consent to the above change in counsel.

Dated: August 7, 2019                                   SPACE DATA CORPORATION

                                                        By: */s/ Gerald Knoblach*
                                                        GERALD KNOBLACH
                                                        C.E.O.

## **ATTESTATION CLAUSE**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: August 7, 2019                                   */s/ Spencer Hosie*
                                                        Spencer Hosie

## **[PROPOSED] ORDER**

Pursuant to the forgoing notice, the change in counsel is APPROVED.

IT IS SO ORDERED.

Dated: _____, 2019

                                                        _____
                                                        HON. BETH LABSON FREEMAN
                                                        UNITED STATES DISTRICT JUDGE