HOSIE RICE LLP
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Former Attorneys of Record for Plaintiff*
*SPACE DATA CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION, | Case No. 5:16-cv-03260-BLF (NC) |
| Plaintiff, | **HOSIE RICE LLP'S NOTICE OF LIEN** |
| v. | Courtroom: 3, Fifth Floor |
| ALPHABET INC., GOOGLE LLC, and LOON LLC, | Judge: Hon. Beth Labson Freeman |
| | Date Filed: June 13, 2016 |
| Defendants. | Trial Date: None set |

**TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

**PLEASE TAKE NOTICE THAT** Hosie Rice LLP ("Hosie Rice") was formerly the attorney of record in this matter for Plaintiff Space Data Corporation ("Space Data"), but was relieved as Space Data's attorney of record.  *See* Notice of Change in Counsel for Space Data Corporation and Order, August 8, 2019 (ECF 649).

**PLEASE TAKE FURTHER NOTICE THAT** by virtue of a written revised representation agreement between Space Data and Hosie Rice dated January 28, 2019 ("Representation Agreement"), Hosie Rice has and claims a lien ahead of all others on Space Data's claims and causes of actions asserted in this matter, and on any recovery by Space Data in or resulting from this matter, including by judgment rendered in favor of Space Data, by settlement, or otherwise, to secure payment for legal services rendered and costs and expenses advanced on behalf of Space Data, all in accordance with the terms of the Representation Agreement.

Dated:  August 8, 2019           HOSIE RICE LLP

By: */s/ Spencer Hosie*
HOSIE RICE LLP
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Former Attorneys of Record for Plaintiff*
SPACE DATA CORPORATION