| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | STINSON LLP |
| ROBERT A. VAN NEST - # 84065 | ERIC C. LIEBELER - # 149504 |
| rvannest@kvn.com | eric.liebeler@stinson.com |
| MATTHEW M. WERDEGAR - # 200470 | 1775 Pennsylvania Avenue NW, Suite 800 |
| mwerdegar@kvn.com | Washington, DC 20006-4605 |
| EUGENE M. PAIGE - # 202849 | 202 728 3006 |
| epaige@kvn.com | |
| MATTHIAS A. KAMBER - # 232147 | KEVIN CONNEELY – pro hac vice |
| mkamber@kvn.com | kevin.conneely@stinson.com |
| RYAN K. WONG - # 267189 | 50 South Sixth Street, Suite 2600 |
| rwong@keker.com | Minneapolis, MN 55402 |
| LEAH PRANSKY - # 302246 | 612 335 1829 |
| Lpransky@kvn.com | |
| SHAYNE HENRY - # 300188 | Attorneys for Plaintiff |
| shenry@keker.com | SPACE DATA CORPORATION |
| ANDREW S. BRUNS - # 315040 | |
| abruns@keker.com | |

633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and
LOON LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION, | Case No. 5:16-cv-03260-BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** |
| v. | Dept:   Courtroom 3 – Fifth Floor |
| ALPHABET INC., GOOGLE LLC, AND LOON LLC, | Judge:  Hon. Beth Labson Freeman |
| Defendants. | Date Filed: June 13, 2016 |
| | Trial Date: *Vacated [Dkt No. 633]* |

**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Space Data Corporation ("Space Data") and Defendants Alphabet Inc., Google LLC, and Loon LLC (collectively, "Google") hereby stipulate to the dismissal of the following claims and counterclaims in this action:

1. Except for Space Data's claim for infringement of U.S. Patent No. 9,678,193 ("the '193 patent"), as to which claim Space Data reserves its right to appeal, all of Space Data's claims in this action are voluntarily dismissed WITH PREJUDICE; and

2. All of Google's pending counterclaims in this action are voluntarily dismissed WITHOUT PREJUDICE.

Dated: Sept. 10, 2019              KEKER, VAN NEST & PETERS LLP

                         By:   /s/ *Matthias A. Kamber*
                               ROBERT A. VAN NEST
                               MATTHEW M. WERDEGAR
                               EUGENE M. PAIGE
                               MATTHIAS A. KAMBER
                               RYAN K. WONG
                               LEAH PRANSKY
                               SHAYNE HENRY
                               ANDREW S. BRUNS

                               Attorneys for Defendants
                               ALPHABET INC., GOOGLE LLC, and LOON LLC

Dated: Sept. 10, 2019              STINSON LLP

                         By:   /s/ *Eric C. Liebeler*
                               ERIC C. LIEBELER
                               KEVIN CONNEELY

                               Attorneys for Plaintiffs
                               SPACE DATA CORPORATION

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  Sept. 10, 2019                           */s/ Matthias A. Kamber*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this   10th   day of September, 2019

_____
Hon. Beth Labson Freeman