UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>ALPHABET INC., et al.,<br><br>             Defendants. | Case No.  16-cv-03260-BLF<br><br>**[PROPOSED]** **FINAL JUDGMENT** |

IT IS ORDERED AND ADJUDGED that pursuant to the Court's rulings, final judgment on Count VII of Plaintiff Space Data Corporation's Fifth Amended Complaint (alleging infringement of U.S. Patent No. 9,678, 193) is entered in favor of Defendants Alphabet Inc., Google LLC, and Loon LLC.  Each party bears its own attorneys' fees and costs.

Dated: September 16, 2019

_____
BETH LABSON FREEMAN
United States District Judge

/
/
/
/
/

Submitted by:

___*Matthias A. Kamber*___
Matthias A. Kamber #232147
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Attorneys for Defendants
ALPHABET INC., GOOGLE LLC, and LOON LLC

and

_*Eric C. Liebeler (w/ permission)*___
Eric C. Liebeler #149504
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-4605
Attorneys for Plaintiff
SPACE DATA CORPORATION

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  Sept. 16, 2019                              */s/ Matthias A. Kamber*